PER 18 U.S.C. 3170

| | DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA            Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: M. Rhoto
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3180

Name of Asst. U.S. Attorney (if assigned): G. Dall Kammer

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. sealed

Place of offense: Orleans Parish   County USA

CASE NO. 17-241 SECT. A MAG. 1

USA vs.
Defendant: RONALD MARKHAM

Address: ███████████

☐ Interpreter Required   Dialect: _____

Birth Date 1978   ☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number 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

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Sara Johnson
☐ FPD ☑ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 18

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC 371       4-Felony | Conspiracy | 1 |
| 2 | 18 USC 1343      4 - Felony | Wire Fraud | 2-5 |
| 3 | 18 USC 1956(h)   4 - Felony | Money Laundering Conspiracy | 7 |
| 4 | 18 USC 1957      4 - Felony | Money Laundering | 8-18 |
| 5 | 18 USC 1519      4 - Felony | Obstruction of Justice | 19 |