UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-241 |
| VERSUS | SECTION "A" |
| IRVIN MAYFIELD<br>RONALD MARKHAM | VIOLATION: |

NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take notice that this criminal proceeding is set for **January 4, 2018 at 2:00 p.m.**, before Magistrate Judge Daniel E. Knowles, III, Ctrm B305, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

WILLIAM W. BLEVINS, CLERK
Date:  December 14, 2017                                            by: James Crull, Deputy Clerk

* * * * * * * * * * * * *

TO:

✓ IRVIN MAYFIELD (summons)          ✓ AUSA:  Dall Kammer
✓ Claude Kelly, Counsel
                                                          ✓ U.S. Probation Office
✓ RONALD MARKHAM (summons)
✓ Sara Johnson, Counsel                         ✓ U.S. Probation Office - Pretrial Services Unit

                                                          ✓ U.S. Marshal

                                                             JUDGE

                                                          ✓ MAGISTRATE JUDGE

**If you change address,**                      ✓ FBI - Lantto
**notify clerk of court**
**by phone, (504) 589-7688**