UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## MINUTE ENTRY (JS-10: 60)

On December 21, 2017, the Court convened a status conference in this case at the request of the Government. The following counsel participated: Duane Evans, Dall Kammer, Claude Kelly, Gary Schwab, Sara Johnson (by phone).

The defendants' initial appearances will be held on January 4, 2018, at 2:00 p.m. before United States Magistrate Judge Daniel E. Knowles (Rec. Doc. 2).

\* \* \* \* \* \* \*