

Cr

# Sources: Feds investigating Library ation payments

FEDERAL ___ NAS HAVE BEEN SERVED RELATED TO THE USE OF PUBLI___ DONATIONS FOR IRVIN MAYFIELD'S NEW ORLEANS JAZZ ___ RCHESTRA, MULTIPLE SOURCES TELL WWL-TV.

*David Hammer / Eyewitness Investigator*

⬆ SHARE

DEFENDANT'S
EXHIBIT

A

tabbies®



Sources: Feds investigating Library Foundation payments

SHARE THIS STORY

f     🐦     in     8+     ℗
CONNECT   TWEET   LINKEDIN   GOOGLE+   PINTEREST

NEW ORLEANS -- Federal subpoenas have been served related to the use of public library donations for Irvin Mayfield's New Orleans Jazz Orchestra, multiple sources tell WWL-TV.

The sources spoke on condition of anonymity because the investigation is ongoing.

After WWL-TV aired stories showing that money donated to the New Orleans Public Library Foundation had been routed to the jazz orchestra, NOJO's nonprofit board met this week and voted unanimously to return all of that money to the foundation.

But confirmation of a federal investigation suggests paying the money back may not settle some difficult legal questions.

Mayfield and his longtime friend and employee, Ronald Markham, directed at least $863,000 from the nonprofit library foundation, where both were board members, to the orchestra, also a nonprofit, which pays each of them six-figure salaries. They also authored changes to the library foundation's mission in 2012, using that to try to justify spending money on something other than the New Orleans city library system for the first time in 21 years.

Library donor and retired Supreme Court law librarian Carol Billings said she was angry to learn the hundreds of dollars she's given to the foundation in recent years may have gone not to the city's underfunded libraries, but to the Jazz Orchestra's New Orleans Jazz Market building in Central City or the Youth Rescue Initiative, another nonprofit with Mayfield on its board that received library foundation funding.

In 2012, the Library Foundation also created a partnership with the Southern Food and Beverage Museum for a "culinary branch" library, although records don't show any payments to SoFAB. And the foundation began that year to make annual grants to the YMCA's literacy program, which has been the public library's literacy provider since 2007, offering services in city library facilities.

The worthiness of the programs aside, concerned donors say the money should have been going to the library system alone.

"I always say public libraries help people of all sorts and conditions, and we were very committed to that at the public law library," Billings said. "And I'm horrified that someone with power and money would try to divert those funds for other purposes."

Library donations to Mayfield jazz project questioned

Billings said she was glad to see that NOJO has agreed to pay the money back and that Mayfield and Markham have left their volunteer positions on the library foundation board. But they are still employed by NOJO and she said more should be done to hold them personally accountable.

"It's almost as if, if someone has fame in the community or they're highly regarded in the community for their other accomplishments, nobody is willing to speak out and criticize them for shirking their fiduciary responsibility," she said.

Mayfield's Jazz Orchestra agrees to give money back to Library Foundation

### Where will investigators look?

Nonprofit legal experts say there are a number of avenues for the authorities to pursue in their investigation. One is false solicitation, if the foundation convinced donors like Billings that the money would go to help the city's libraries.

"To the extent that they are using money for their own personal interests that is ... a kind of theft," said James Fishman, a professor at Pace University Law School in White Plains, N.Y., and author of "The Faithless Fiduciary," a book about legal abuses by charities.

LSU Law Professor Phil Hackney, a former IRS lawyer specializing in tax-exempt organizations, likened the library foundation case to that of the New Orleans Opera Association, which had an endowment that was redirected after Hurricane Katrina to a Southern Regional Opera Endowment Fund without the permission of the association's founders.

"They changed their articles and diverted money to" the regional fund, Hackney said. "The court looked at it here in Louisiana and said, 'No, you can't do that. You collected that money for a very specific purpose.'"

Imgur

It appears a similar issue is at play with the library foundation. A board resolution from June 2012 appeared to show a minor expansion of the purposes of the foundation in its articles of incorporation.

Since 1991, the foundation's purpose had been explicitly "for the benefit of the New Orleans Public Library," allowing expenditures for "purchasing books and other informational materials and sponsoring library-related programs" for the city library system. The 2012 resolution added "expenditures that ... increase literacy and access to information in the New Orleans community."

But it turns out that change in the articles was never filed with the Secretary of State, meaning that the library-only purpose from 1991 may have still been in effect legally when the foundation started paying money to NOJO, Hackney said.

The mission statement reported on the foundation's tax forms starting in 2012 could have been a false statement made under penalty of perjury, Hackney said, but federal authorities would have to prove that it was intended and not just a clerical error.

*People who gave funds for the use of the New Orleans library ought to have a right to get their money back.*

JAMES FISHMAN, PACE UNIVERSITY LAW PROFESSOR

The articles of incorporation were not properly changed with the Secretary of State until 2014, when the foundation board passed a new resolution to change the articles. It contained language about the foundation's purpose that was similar to the 2012 resolution, and it was signed on Jan. 10, 2014, by Dan Forman, whose father, Ron, is NOJO's board chairman.

Dan Forman said Markham and Mayfield told him the resolution was intended to increase the number of board members and set term limits. It also granted Markham, as board president, "sole discretion to give full effect to the intentions expressed in this resolution."

But that's not what was ultimately filed as the new articles of incorporation. The new articles went much further in expanding the purposes of the foundation, to "support projects for the benefit of the local community, which may involve investment in social programs in support of that objective."

Hackney said the Office of the Louisiana Attorney General could take up a civil case on behalf of donors who believed their money was going to public libraries only. But he said attorneys general in most states do not have the resources to enforce state nonprofit laws.

The attorney general's office declined to comment or to confirm or deny any state investigation.

More questions crop up over Irvin Mayfield's use of library donations

But Fishman said donors could also take matters into their own hands.

"People who gave funds for the use of the New Orleans library ought to have a right to get their money back," he said.

### Issues surrounding nonprofit status

Finally, Hackney said there could be issues raised about the nonprofit status of both the

library foundation and NOJO. It's unclear if the foundation properly notified the IRS of the change in its purpose. And Hackney said some of the orchestra's activities, including running a bar in the new Jazz Market, could "raise a red flag" for nonprofit attorneys.

More than a quarter of the $10 million Jazz Market project cost came from library donors and taxpayer money, records show. In addition to nearly $1 million from the library foundation, the project received $1.1 million in capital outlay funds from the state Legislature and $800,000 in the form of a loan from the New Orleans Redevelopment Authority, a quasi-public agency that counted Mayfield as a board member until September 2011, a little more than a year before the Jazz Orchestra sought the money.

Mayor calls for changes on Library Foundation, president resigns after WWL-TV report

The state ethics code forbids a former member of a government board from "assisting" in a transaction with that board for two years after leaving the board. But NORA's in-house counsel, Chris Gobert, issued an opinion in January 2013 saying the loan was fine as long as "Mayfield does not personally assist or appear on behalf of the New Orleans Jazz Orchestra in securing NORA's participation in the project."

The Jazz Orchestra also received more than $1.6 million from then-Mayor Ray Nagin through the city's Wisner Grant program. Most of it went to have the Jazz Orchestra administer the construction of a sculpture garden in Armstrong Park featuring jazz legends Buddy Bolden, Louis Armstrong and others.

Imgur

The project was mired in controversy as Nagin left office, and Mayor Mitch Landrieu's administration cut off any further payments to the orchestra for the project.

NOJO's public financial reports, filed with the Louisiana legislative auditor, reflect only about $6,600 spent related to that project. Gerard Schreiber, a local certified public accountant, reviewed the financial reports and said they were too shoddy to decipher.

"Considering it's public money, there should have been more care and diligence in how the transactions were recorded," Schreiber said.

City Spokesman Brad Howard said NOJO should have filed annual reports with the city on how it spent the Wisner Grant money, and city officials are trying to locate those records. WWL-TV asked NOJO for further documentation of those expenditures but didn't receive any.

Meanwhile, Mayfield's name was removed from the Library Foundation's website Thursday as an honorary "emeritus" board member, a status he assumed after he left his board position last month. But new board chairman Bob Brown said Friday that no decision had been made regarding Mayfield's emeritus status.

Another board member, Sayde Finkel, resigned recently, Brown confirmed. With Markham's May 8 resignation, the board is down to just three members: Brown, Susan Krantz and Dr. Corey Hebert, who is also on the NOJO board. Mayor Mitch Landrieu had called for a complete separation of the Library Foundation and NOJO boards last week.

NOJO sent a statement late Thursday night saying:

"$1.21 million was received by NOJO from the Wisner Trust for the purpose of constructing a sculpture garden. All $1.21 million was distributed to the artists. NOJO acted solely in a custodial capacity and took no fees for managing the project.

Between 2008 and 2010, NOJO received four additional grants totaling $425,000 from Wisner for concerts, educational activities and general operating support."

SHARE THIS STORY

f CONNECT    🐦 TWEET    in LINKEDIN    g+ GOOGLE+    ⓟ PINTEREST

## JOIN THE CONVERSATION

To find out more about Facebook commenting please read the Conversation Guidelines and FAQs



A TEGNA Company





# Irvin Mayfield sent even more library money to Jazz Orch records show



David Hammer reports on possible additional problems for Irvin Mayfield and the New Orleans Jazz Orchestra.

David Hammer, WWLTV    6:19 PM. CDT June 14, 2016



DEFENDANT'S
EXHIBIT
B





CONNECT    TWEET    LINKEDIN    GOOGLE+    PINTEREST

NEW ORLEANS -- A few weeks ago, when Irvin Mayfield's
New Orleans Jazz Orchestra formally agreed to pay back $1.1
million in public library donations, the Jazz Orchestra
considered the matter "closed."

But WWL-TV has learned the Public Library Foundation is now demanding payback of an
additional $150,000 that Mayfield directed from the library charity to his Jazz Orchestra, this time
routed through a third nonprofit where Mayfield also sat on the board.

vin Mayfield sent even more library money to Jazz Orchestra, records show | wwltv.com



The third nonprofit, the Youth Rescue Initiative, is run by Jim Bernazzani, the former head of the FBI field office in New Orleans. The centerpieces of the Youth Rescue Initiative are called Illumination Centers, described by the nonprofit's website as "safe havens for at-risk youth to learn and develop computer skills."

ALSO: Read more of David's reports on Irvin Mayfield and the Jazz Orchestra

Library Foundation minutes and emails show that with Mayfield at the helm, the city's public library charity started a partnership with the Youth Rescue Initiative to set up the Illumination Centers. Federal tax records show the Youth Rescue Initiative, in turn, sent a $45,000 grant to the Jazz Orchestra. The orchestra pays Mayfield and his business partner, Ronald Markham, each six-figure salaries.

Other tax records suggest that more than $60,000 was later spent by Youth Rescue Initiative to set up two Illumination Centers, one at Success Preparatory Academy, a K-8 school in Treme, and the other in a corner of the Jazz Orchestra's $10 million New Orleans Jazz Market in Central City.

"And the common denominator is Irvin Mayfield," said Rafael Goyeneche, whose Metropolitan Crime Commission began investigating the payments from the Library Foundation to the Jazz Orchestra in 2013. "He is on the Library Foundation board. He is on the Youth Rescue Initiative board. And he's employed by the New Orleans Jazz Orchestra."

The new Library Foundation board has already sent demand letters to both Bernazzani and Mayfield for the return of the $150,000 of foundation money that was paid to the Youth Rescue Initiative, said Bob Brown, who took over as president of the Library Foundation after WWL-TV exposed the payments from one entity controlled by Mayfield and Markham to another.

"The letters were returned unopened," Brown said. "Now that we have confected and executed a (documented agreement) with the New Orleans Jazz Orchestra for repayment of the entire amount donated to NOJO, we can focus on the $150,000 donated to YRI and our attempt to confect a similar (agreement) with YRI, James Bernazzani and Irvin Mayfield for repayment of the $150,000."

Sources with knowledge of the demand letters say that the Library Foundation believes part of the money sent to the YRI was used to pay Oregon-based instrument maker Monette for a trumpet. Monette crafted a gold and jewel-encrusted horn for the City of New Orleans and gave it to Mayfield in 2007, but the company said Tuesday that it made a separate, less ornate trumpet for Mayfield in 2012.

"People that gave money to the Library Foundation for the New Orleans libraries are now learning that a portion of their gifts was used to pay for a ... musical instrument," Goyeneche said. "That has to infuriate those donors."

Mayfield has played the Elysian Trumpet for former President George W. Bush and traveled



## Two suspects arrest armed carjackings ir


Tropical Vide


JPSO: Family gunpoint outs Mall, suspect chase


Hospital upda Scalise's con

What is Hous

around the world with it, always with an armed guard from the Orleans Parish Sheriff's Office protecting it. The sheriff's office has said it keeps no records of payments to its deputies for guarding the trumpet because the job is a private detail and deputies performing it are off-duty.

There are several problems with public documentation of the $150,000 donation from the Library Foundation to the YRI.

First, the Library Foundation's tax return for 2012 says $100,000 was paid to the YRI for a "book drive."

In an interview with WWL-TV, Bernazzani said he didn't know what the book drive was. He then declined to comment further because there is a pending criminal investigation, although he said that when the investigation is over it will show that "there's nothing there."

Another problem is that an initial donation of $50,000 from the Library Foundation to the YRI was made in December 2011, but there's no mention of it on either the Library Foundation's or the YRI's 2011 tax return. In fact, the Library Foundation's IRS Form 990 states that all $831,546 it spent outside the organization in 2011 went to the New Orleans Public Library system.

Several sources and internal Library Foundation emails say that is not the case. In fact, an email sent by former Library Foundation board member Scott Cunningham on Aug. 24, 2012, three days before the 2011 tax return was filed, says that almost half of the money paid to other entities actually went to the Jazz Orchestra.

Cunningham's email explicitly raises concerns about the lack of explanation for $375,000 the Library Foundation sent directly to the Jazz Orchestra in 2011.

"While I do not at all suspect any impropriety, I would recommend enhancing Note 9 to include what the $375,000 will go to cover in a bit more detail," Cunningham wrote after Mayfield had asked him and the three other Library Foundation board members to review and approve a draft audit and a 2011 tax form.

"Given that over 40 percent of our annual expenses went to the NOJO, I believe it would throw up a red flag to a casual reader unaware of the details of the Illumination Center and Special Collections partnerships."

On subsequent tax returns, the Library Foundation acknowledged the $100,000 payment to YRI and $863,000 in grants to the Jazz Orchestra, as well as Mayfield and Markham's dual roles with both the library charity and the orchestra. But the large 2011 payments are never publicly reported.

The payments also appear to have been made before the Library Foundation formally expanded its mission beyond supporting the city's public libraries to take in a broader mission of backing programs to benefit the community more generally.

Cunningham declined to comment to WWL-TV about his email, also citing the ongoing federal investigation.

Several sources also confirm that they were interviewed recently by the FBI and other federal agencies.

Goyeneche says the investigation appears to be heading toward a conclusion, which could be good news for all of the nonprofits involved. Library donors are already angry about the recent payback agreement, which says the Jazz Orchestra only has to give back $483,000 of the $1.1 million to the Library Foundation in cash over five years; the rest can be paid back with in-kind contributions, such as hosting benefit concerts.



Irvin Mayfi court appe Jan. 4, 2018,

Three Pow sold in SE worth... Jan. 4, 2018,

Dow Jones first time i Jan. 4, 2018,

Cable TV's "Ticking Time to Explode


"I don't see how the Library Foundation can look a donor in the eye and ask them to give money for the New Orleans libraries," Goyeneche said. "I don't see how people being solicited to give money to the New Orleans Jazz Orchestra could give them another nickel until this investigation is concluded."

Meanwhile, the YRI appears to be in dire financial straits. Bernazzani took a $100,000 salary as YRI president in 2011, when the nonprofit raised $323,000 and had $118,000 in net assets. But his salary was cut to zero in 2013, and YRI ended 2014 with a total of just $38,000 in donations and $54,000 in net assets.

Youth Rescue Initiative 2012 Form 990

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | |
|---|---|---|

**Form 990**

**Return of Organization Exempt From Inc**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Cod benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state

**A** For the 2012 calendar year, or tax year beginning 01-01-2012 , 2012, and ending 12-31-20

**B** Check if applicable
- Address change
- Name change
- Initial return
- Terminated
- Amended return
- Application pending

**C** Name of organization
YOUTH RESCUE INITIATIVE INC

Doing Business As

Number and street (or P O box if mail is not delivered to street address) | Room/suite
2604 PAKENHAM DRIVE

City or town, state or country, and ZIP + 4
CHALMETTE, LA 70043

**F** Name and address of principal officer
JAMES BERNAZZANI
2604 PAKENHAM DRIVE
CHALMETTE, LA 70043

H(

H(

**I** Tax-exempt status ☑ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

H(

**J** Website: ► WWW YOUTHRESCUEINITIATIVE ORG

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other ► L

**Part I  Summary**

**1** Briefly describe the organization's mission or most significant activities
TO CREATE STRUCTURED OPPORTUNITIES FOR TODAY'S DISENFRANCHISEI
CHARACTER AND DISCIPLINE AND FOSTER POSITIVE GROWTH, THUS IMPRC
CITIZENS WITHIN THE CITY OF NEW ORLEANS

ance

1 of 23

NOPLF 2012 990

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | |
|---|---|---|

**Form 990**

**Return of Organization Exempt From Inc**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Cod benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state

**A** For the 2012 calendar year, or tax year beginning 01-01-2012 , 2012, and ending 12-31-20

**B** Check if applicable
- Address change
- Name change
- Initial return
- Terminated
- Amended return
- Application pending

**C** Name of organization
NEW ORLEANS PUBLIC LIBRARY FOUNDATION

Doing Business As

Number and street (or P O box if mail is not delivered to street address) | Room/suite
219 LOYOLA AVENUE

City or town, state or country, and ZIP + 4
NEW ORLEANS, LA 70112

**F** Name and address of principal officer

H(

| | |
|---|---|
| I ☐ Name change | |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address) Room/suite<br>219 LOYOLA AVENUE |
| ☐ Terminated | |
| ☐ Amended return | City or town, state or country, and ZIP + 4<br>NEW ORLEANS, LA 70112 |
| ☐ Application pending | |

**F** Name and address of principal officer ........................ H(

H(

**I** Tax-exempt status ☑ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** **Website:** ► WWW NOPLF ORG H(

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other ► L

## Part I  Summary

**1** Briefly describe the organization's mission or most significant activities
Support of the City of New Orleans Library system and city wide literacy efforts thro
organizations and initiatives including fundraising and expending funds to supplemer
and community organizations

1 of 34

© 2018 WWL-TV

f  CONNECT     TWEET     in LINKEDIN     g+ GOOGLE+     ⓟ PINTEREST

From The Web                                    Sponsored Links by Taboola ▷



**Bitcoin is Dead - This Will Make Investors Rich in 2018**
Bonner and Partners Subscription



**U.S. Cardiologist Warns: Throw Out Your Probiotics Immediately**
Gundry MD



**Forget Your 401k If You Own A Home (Do This Instead)**
The Easy Loan Site



**Meet The Face Mask That Drew Barrymore Says "Changed Her Life"**
Town and Country | Hanacure



**Senior Living in Lafayette Can Be Surprisingly Classy**
Senior Living | Sponsored Links



**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

**More Stories**                                                    by Taboola







**Capital One customers report widespread double charges**

**Rev. Thomas Chambers, former Our Lady of Holy Cross College president, dies**

**JPSO arrests 3 after man found shot to death in Gonzales**

## JOIN THE CONVERSATION

To find out more about Facebook commenting please read the Conversation Guidelines and FAQs






About Us



Contact Us



Reporters Index



Help



Connect With Us

FCC Online Public Inspection File  ·  EEO Public File Report

| Home | Weather | Local | Nation Now | Traffic | Sports | Features | About |
|------|---------|-------|-----------|---------|--------|----------|-------|
|      | Hurricane | Crime |  | Gas Prices | Saints | Entertainment | Meet The Team |
|      | 7 Day Outlook | Will Smith Trial |  |  | Olympics | Magnify Money | Jobs |

| | | | | |
|---|---|---|---|---|
| Radars | Politics | Pelicans | Guardians of the Groove | Contact |
| Weather Maps | Investigative | LSU | Food | TV Listings |
| Cameras | Orleans | Tulane | Real Estate | Advertise with Us |
| Weathercall | Jefferson | High School Sports | Naturally N'awlins | Closed Captioning |
| More... | More... | More... | More... | More... |



A **TEGNA** Company

   

© 2018 WWL-TV

## Services

Advertise With Us

WWL-TV Jobs

Closed Captioning Procedures

FCC Online Public Inspection File

Privacy Notice/Your California Privacy Rights

Terms of Service

Ad Choices

## Our Partners

CBS

New Orleans Advocate

Gambit

Uptown Messenger

Mid-City Messenger

Biz New Orleans

Cars.com New Orleans

Justice Network

10:34:50 A  Harkless enters Polytes #106
10:35A  Harkless & Stedman at Polytes #90

10:55 - 10:56A Harkless in Lobby #90
10:56 - Stedman to elev. cars #112
10:56-10:57 Harkless in Lobby #90

10:57 - Harkless in Client's office 6:L 10:58
— Stedman to North chambers #167
10:58 - Harkless in Lobby touched HPFB 10:58-K2

10:59A - HarklessCut HPFB elev. lobby #112 #100
     Stedman in HR elev lobby 10:59:30

11:02-11:08  Harkless HPFB 3rd flr lobby 4 HR
     elev route - cut #152

11:08-  Harkless HPFB elev. lobby - 112

11:05:52  Harkless out Lafayette door

—  No video on mall entrance —

11:10 - out #39 Harkless on street
11:10 - C/A to deer Harkless towards garage
11:10- Harkless enters garage - cut #116 —
     federal USA office.
11:42 - cont. #90 - Harkless enters at Lafayette

11:43A - Harkless on HPFB elev. #16
11:44-11:47 Harkless on 4th flr-cam #16

11:51 — Harkless - HPFB elev. lobby - towards
11:52— cut #90 - pulled in USDC Lobby
11-Next — to elev's cam — cam #79 - 12:02
12:05? — in lobby to client's office
12:02-12:20?-Harkless in client's inside lobby
     cam #133.
12:26-12:27 Thru lobby to HPFB elev. 90,112
12:28- Harkless 4th floor, front of elev. to elev.
12:29 — HPFB elev. lobby cam #112
12:29 — HPFB lobby-cam 90 - to client's
12:30 — into client's-cam 77
12:32- out to lobby, heads into client's-cam 79
     heads to client's employee H.C 12:35?
12:39? — HR client's lobby to 12:46 90
12:47? — cam #79- USDC lobby w/ Stedman
     cut #90
12:48- HPFB elev lobby -Stedman w/ files
     No Harkless.
     112

12:48P - Hammer goes back to clients lobby with C 1:14P.

1:14P - Hammer in lobby w/ Stephanos   77/90

1:16 - Hammer in clients lobby +C 1:16P
1:16-1:42-1:49 at clients counter, leaves w/ folder.
1:49 - into USDC lobby
1:50P - Hammer exit Lafayette door.

12-14-17

CURRENT #90   10:25 — 1:35P   B
#112   10:55 — 1:?   B
#165   10:25 — 1:15?   B
#167   10:25 — 12:56   B
172   11-11:10A   B
79,20,116   11:05 - 11:05
105(69) - 12 — 12:03   B
77 - 10:77A — 1:50P   B

22(39)
33(39)

35(116)

10:54:50 A – Hammer enters Poydras #106

10:55A – Hammer & Stechman at Poydras #90

       10:55-10:56A in lobby #90

       10:56-10:57 Hammer in lobby #90

       10:56 Stechman to Elev., Cam 112

10:57 – Hammer in Clerk's Office til 10:58 #133

    -   Stechman to North's Chambers #164

10:58 – Hammer in lobby toward HBFB 10:58:42 Cam#90

10:59A – Hammer HBFB Elev. Lobby #112 & 100

       Stechman 4th Floor Elevator Lobby 10:59:50

11:02-11:08 – Hammer HBFB Blg FLR Lobby & Hall

       Elev. Towards Cam #152

11:08A – Hammer HBFB Elev. Lobby – 112

11:08:52 – Hammer out Lafayette door

    -   No video on mall cameras –

11:10 – Man #39 Hammer on mall

11:10 – Cam 20 roof Hammer toward Camp

11:10 – Hammer across Camp – Cam #116 –

       Toward USA Office

11:42 – Cam #90 – Hammer enters at Lafayette

11:43A – Hammer on HBFB Elev. 112

11:44-11:47 Hammer on 4th floor – Cam# 16

11:51 – Hammer – HBFB Elev. Lobby – towards [UNK?] 112

11:52 – Cam#90 – Seated in USDC Lobby

12 Noon – to Men's room – Cam #59 – 12:03

12:03 – 12:26P – Hammer in Clerk's intake lobby, Cam #133

12:26-12:27 Thru lobby to HBFB Elev. 90, 112

12:28 – Hammer 4th floor, back on elev. To ele to lobby 164

12:29 – USDC Lobby – Cam 90- To Clerk's

12:30 – Into Clerks – Cam 77

12:32 – Out to lobby, looks into computer lab

77 talks to clerk's employee til 12:35p

12:35P – into Clerk's lobby til 12:46P 133

12:47P – Cam#77 – USDC Lobby w/ Stechman

Cam#90

12:48 – HBFB Elev. Lobby – Stechman w. Pro [UNK?]

No Hammer. 112

12:48P – Hammer goes back to Clerk's Lobby until 1:14P.

1:15P – Hammer in Lobby w. Stechman 77/90

1:16 – Hammer in Clerk's lobby til 1:49P

1:45-1:49 At Clerk's Counter, leaves w/ folder

1:49 – Into USDC Lobby

1:50P – Hammer our Lafayette Door


12-14-17

Camera

| #90 | 10:55 – 1:55P | B |
|---|---|---|
| #112 | 10:55 – 1:P | B |
| #135 | 10:55-1:15P | B |
| #164 | 10:55 – 12:30P | B |
| 152 | 11 – 11:10A | B |
| 39, 20, 116 11:05 – 11:15 | | |
| 103 (59) – 12-12:03 | | B |
| 77 | 10:55A – 1:50P | B |


32(39)

33(20)

35(116)

2

1. *United States v. Nagin*, Crim. No. 13-11
2. *United States v. Meffert, et al.*, Crim. No. 09-374

- A grand jury is meeting now, and sources have told The Times-Picayune that federal prosecutors plan to ask the panel to indict former city technology chief Greg Meffert, his wife, Linda Meffert, and his former friend and business associate Mark St. Pierre. David Hammer, *Greg Meffert, Wife Linda and Vendor Who Paid for Nagin Trips Expected to be Indicted Today*, THE TIMES-PICAYUNE, November 6, 2009 (attached as A-1).

- But the charges expected against Linda Meffert come as a bit of a surprise. Sources have told The Times-Picayune that prosecutors have asked witnesses about accounting work she did for a St. Pierre firm, and the charges are expected to center on those actions. *Id.*

- A federal grand jury is investigating whether city vendors gave former New Orleans Mayor Ray Nagin gratuities ranging from plane tickets to materials and equipment for his family's granite-countertop business and also helped the firm land an exclusive installation deal with a retailing giant while Nagin was in office, according to several sources close to the probe. The federal probe is zeroing in on Nagin along three parallel tracks: luxury travel and home maintenance provided by city technology vendors; a granite countertop installation contract that Nagin's family company got from The Home Depot; and the possibility that at least two businesses with City Hall dealings arranged for the delivery of free equipment or materials to the Nagin family's now-defunct firm. David Hammer, *Ray Nagin is Focus of Federal Grand Jury Probe*, THE TIMES-PICAYUNE, February 9, 2012 (attached as A-2).

- The probe is focused not on the city's sale of land for the new store, the sources said, but on whether Nagin's relationship with Frank Fradella, who was president of a restoration company called Home Solutions of America, helped him land the installation work. HSOA was a leading countertop vendor for Home Depot, and Nagin during his second term met often with Fradella. *Id.*

- Bennett has told The Times-Picayune that he hooked Nagin up with Fradella specifically to help the mayor get the Home Depot granite installation work. Bennett's sentencing on the bribery charge has been pushed back until late June, and sources have said he is bidding for leniency by telling federal investigators everything he knows. *Id.*

- Sources close to the Nagin case say federal investigators are trying to determine whether Larry Laseter, a former vice president for The Home Depot who oversaw the sale of special orders for the massive home services retailer, played a role in getting Nagin the work. Sometime in mid-2007, months after Stone Age got the Home Depot contract, Laseter left Home Depot to work for Fradella. *Id.*

1



DEFENDANT'S
EXHIBIT
D

- Having already convicted one businessman of bribing former Mayor Ray Nagin, federal authorities are trying to prove two other corrupt deals involving the former mayor before the five-year statute of limitations on some of his alleged crimes expires. One of those deals centers on a payment Nagin allegedly received from Rodney Williams, a former co-owner of the politically active New Orleans engineering firm Three Fold Consultants, according to sources with knowledge of the case. Gordon Russell, *Feds Looking at 2 More Alleged Shakedowns Involving Former Mayor Ray Nagin*, THE TIMES-PICAYUNE, November 12, 2012 (attached as A-3).

- Three Fold Consultants, founded in 2000, has been a regular recipient of city contracts, particularly in the years after Hurricane Katrina. According to a source with knowledge of the case, authorities are examining a $50,000 payment by Williams to Nagin or Stone Age that was made in late 2007 or early 2008. The theory of the case is that the payment greased the skids for additional city engineering contracts for Three Fold. *Id.*

- As a five-year statute of limitations looms, federal authorities are closing in on former Mayor Ray Nagin, unveiling a bill of information on Friday that charges businessman Rodney Williams with bribing the former mayor. Sources with knowledge of the case have said that "Public Official A" listed in the documents is the former mayor. Gordon Russell, *Feds Closing in on Former Mayor Ray Nagin, Court Documents Make Plain*, THE TIMES-PICAYUNE, November 30, 2012 (attached as A-4).

- Sources with knowledge of the case have said that Williams gave Nagin a total of $50,000 in a series of payments. To give the payments a patina of legitimacy, Williams was in turn given bogus paperwork indicating he had an ownership stake in Stone Age, the Nagin family's granite firm, the sources said. *Id.*

3.   *United States v. Hubbard*, **Crim. No. 09-264**

- Federal authorities are investigating St. John the Baptist Parish President Bill Hubbard in connection with a scheme in which parish contractors helped buy a new Toyota Camry for his girlfriend last spring, several sources have confirmed. Times-Picayune Staff, *St. John the Baptist Parish President Bill Hubbard the Target of Federal Probe, Sources Say*, THE TIMES-PICAYUNE, September 22, 2009 (attached as A-5).

- The sources said at least three contractors — Parson & Sanderson Inc. of Harahan, Davezac Consulting Engineers of Destrehan and Pipeworks Plumbing & Demolition of Harahan — covered at least part of the payment for the vehicle in May. *Id.*

- A source close to the case said Pipeworks paid $10,000, while Parson & Sanderson and Davezac each paid $5,000 toward the cost of the car. *Id.*

2

- Sources said New Orleans attorney Donald "Chick" Foret is representing Hubbard. Contacted Tuesday, Foret would not comment. *Id.*

- Sources also said that Metairie lawyer David Courcelle is representing the woman. Courcelle likewise said he could not comment. *Id.*

4. *United States v. Thomas*, Crim. No. 07-270

- In the most dramatic development to date in a sprawling probe of corruption in New Orleans city government, longtime City Councilman and mayoral hopeful Oliver Thomas has reached an agreement with federal prosecutors to plead guilty to charges of demanding illegal payments from a City Hall vendor and is expected to resign his at-large council seat as early as Monday, sources familiar with the case said Saturday. Frank Donze, *Sources: Federal Probe Nets Councilman in Parking Lot Payment Scheme*, THE TIMES-PICAYUNE, August 11, 2007 (attached as A-6).

- Thomas, who previously has expressed his intention to run for mayor in 2010, is expected to appear Monday morning before U.S. Magistrate Louis Moore to hear the formal charges against him and then enter a guilty plea in front of U.S. District Judge Sarah Vance immediately afterward, the sources said. *Id.*

- Sources said the criminal charges against Thomas involve money he allegedly received from Common Street Ventures, a Barre-owned company that held a share of the contract to operate three city-owned parking lots on the downriver end of the French Quarter during Morial's tenure from 1994-2002. *Id.*

- The sources declined to reveal how much money Thomas is alleged to have received from Common Street Ventures or how and how often the payments were made, and would not discuss the specific charges against Thomas. Those details will be spelled out in court documents expected to be released on Monday, the sources said. *Id.*

5. *United States v. Lohman*, Crim. No. 10-32
6. *United States v. Bowen, et al.*, Crim. No. 10-204

- Agents, along with prosecutors, have woken up officers at home. They have issued several subpoenas for a wide array of documents, including all Blackberry communications for officers in several police districts and in specialized units, sources said. Brendan McCarthy, *Federal Probe Digs Deeper into NOPD's Actions After Hurricane Katrina*, THE TIMES-PICAYUNE, September 6, 2009 (attached as A-7).

- A federal grand jury has been meeting regularly since this spring to hear the facts of a case in which NOPD officers, responding to reports of gunfire aimed at police, shot six

people on the Danziger Bridge, killing two men and wounding four others, on Sept. 4, 2005. Brendan McCarthy, *Police Superintendent Warren Riley Issued Dress Code for Federal Grand Jury Appearances*, THE TIMES-PICAYUNE, October 16, 2009 (attached as A-8).

• "The intensity of the ongoing federal probe has gathered steam in recent months, and sources close to the case say a first round of police-officer indictments is imminent." Brendan McCarthy and Laura Maggi, *Danziger Bridge shooting investigation targets two veteran NOPD sergeants*, THE TIMES-PICAYUNE, February 19, 2010 (attached as A-9).

• Federal investigators are still scrutinizing the actions of all seven officers who were involved in the shooting, sources close to the investigation said. *Id.*

• Two people familiar with the case said that Michael Lohman, a former police lieutenant, is cooperating with prosecutors and is expected to appear in U.S. District Court to enter the plea Wednesday. The people who discussed the case requested anonymity because the charge would not be announced before Lohman's court appearance. The Associated Press, *New Orleans Ex-Cop Expected to Plead Guilty in Katrina Shooting Investigation*, THE TIMES-PICAYUNE, February 23, 2010 (attached as A-10).

• Lt. Michael Lohman, a 21-year veteran who was involved in the investigation of the shootings but not the incident itself, will be charged in a bill of information, a source close to the probe said. Such a charge usually signals that a defendant is cooperating with the government and thus would represent a major break in the case for federal prosecutors. Laura Maggi, et al., *Danziger Bridge Investigation Expected to Yield Guilty Plea from Former NOPD Supervisor*, THE TIMES-PICAYUNE, February 23, 2010 (attached as A-11).

• Federal investigators began looking into the Danziger incident in the fall of 2008 after a state case against seven New Orleans Police Department officers cratered in court. While Orleans Parish prosecutors had focused solely on the officers who shot six people -- two of them fatally -- on the morning of Sept. 4, 2005, the federal probe has been wider in scope, also targeting officers who investigated the incident, according to sources close to the investigation. *Id.*

• Last summer, the FBI raided the homicide unit's offices, seizing files and hard drives from both Kaufman and Dugue's computers. Searches of those hard drives have proved fruitful for federal investigators, sources close to the matter have said. *Id.*

4

- The case against the NOPD officers has thus far centered on those involved in the alleged coverup, not the shooting itself. But Lohman's guilty plea casts a cloud over several other officers. Sources close to the case anticipate the investigation will soon ensnare more cops. Laura Maggi and Brendan McCarthy, *Second Former New Orleans Police Officer Charged in Danziger Bridge Cover Up*, THE TIMES-PICAYUNE, March 10, 2010 (A-12).

7.   *United States v. Warren, et al.*, **Crim. No. 10-154**

- Federal authorities are investigating whether New Orleans police . . . were involved in the shooting of a man whose charred remains were later discovered in a burned car on the Algiers levee, according to sources close to the investigation. Laura Maggi, *Feds Investigating whether New Orleans cops were involved in shooting, torching of man's body after Katrina*, THE TIMES-PICAYUNE, June 19, 2009 (attached as A-13).

- For at least a month, a federal grand jury has been hearing testimony from police officers about both the shooting and how the body ended up burned in a car, according to the sources. *Id.*

- The federal probe, initially by the FBI and now by grand jurors, appears to focus on different groups of officers, one set possibly involved in the shooting, the other in the torching of the vehicle, according to sources. *Id.*

- Sources close to the investigation said the grand jury is interviewing police officers about reports that a police officer or officers may have been involved. *Id.*

- Since at least May, a federal grand jury has been hearing testimony from police officers about both the shooting and how the body ended up burned in a car, sources have said. Brendan McCarthy, *FBI Seizes Police Files in Danziger Bridge Shootings*, THE TIMES-PICAYUNE, August 7, 2009 (attached as A-14).

- That probe focuses on whether NOPD officers just days after Katrina played a role in shooting 31-year-old Henry Glover, beating him and his buddies, then later torching the vehicle where his body was discovered, sources close to the case have said. Brendan McCarthy, *Federal Probe Digs Deeper into NOPD's Actions After Hurricane Katrina*, THE TIMES-PICAYUNE, September 6, 2009 (attached as A-7).

- Details of the Algiers incident are murkier, but sources close to the investigation have said the grand jury is trying to determine whether an officer or officers shot Glover, as well as if other cops are responsible for burning his body. *Id.*

5

- The FBI is also looking into other NOPD actions around the time of Katrina, including an incident in Algiers in which officers may have shot a 31-year-old local man, beaten him and his buddies, then later set fire to a vehicle with his body inside it, law-enforcement sources have said. Brendan McCarthy, *FBI Agents Close Danziger Bridge to Search for Evidence*, THE TIMES-PICAYUNE, September 26, 2009 (attached as A-15).

- A grand jury is also examining an incident in Algiers in which officers might have played a role in the shooting of a 31-year-old local man and the alleged beating of his buddies -- along with the incineration of a vehicle with his body inside it, law enforcement sources have said. Brendan McCarthy, *Police Superintendent Warren Riley Issued Dress Code for Federal Grand Jury Appearances*, THE TIMES-PICAYUNE, October 16, 2009 (attached as A-8).

- A federal grand jury is looking into the death of Henry Glover, who died on Sept. 2, 2005, allegedly while in the custody of NOPD officers on the West Bank. His charred remains were discovered in a burned automobile near the 4th District police station. The NOPD did not launch a probe of his death until after news reports about it surfaced in late 2008. Among the officers that probe is centered on, sources close to it say, is Capt. Jeff Winn, who commanded the department's SWAT team when the storm struck and who has been widely regarded as a hero for his work during the storm. A.C. Thompson, et al., *New Orleans Police Department Shootings After Katrina Under Scrutiny*, THE TIMES-PICAYUNE, December 12, 2009 (attached as A-16).

- A police report about the shooting of a man whose burned corpse was later discovered in a car on the Algiers levee after Hurricane Katrina apparently differs from the report originally written by the sergeant whose name appears on the document's cover page, sources close to a federal investigation into the matter say. Times-Picayune Staff, *Algiers Police Shooting Report Altered, Sources Say*, THE TIMES-PICAYUNE, March 14, 2010 (attached as A-17).

- For instance, the initial incident report purports to have been written by Sgt. Nina Simmons. But sources close to the case say she did not write it, at least not in its present form. *Id.*

- While Simmons, then a supervisor in the Algiers-based 4th District, filled out and signed the NOPD's standard cover page for a police report and submitted a report to superiors, a source said she did not write the following two typewritten pages. *Id.*

6

- Now sources close to Mr. Glover's probe said the police report on his shooting apparently differs from the report originally written by a sergeant whose name appears on the document's cover page. And despite a requirement that all weapon discharges be reported to the department's Public Integrity Bureau, the report in this case states the officer's superiors simply reviewed the matter and deemed the shooting justified. Editorial Page Staff, *Grotesque Pattern Emerging in Some New Orleans Police Shootings Post-Katrina: An Editorial*, THE TIMES-PICAYUNE, March 16, 2010 (attached as A-18).

- Numerous problems plague the report. It purports to have been written by NOPD Sgt. Nina Simmons. Sources said Sgt. Simmons wrote the cover page but not the following two typewritten pages. *Id.*

- Authorities believe police were involved in the shooting as well as the burning, sources have said. Laura Maggi, *NOPD Scrutiny Unmatched in Nation, Justice Department Official Says*, THE TIMES-PICAYUNE, March 25, 2010 (attached as A-19).

- Sources close to the investigation told the Times-Picayune last month that the police report into Officer Warren's shooting had been doctored, and that it differed from the original report written by a sergeant whose name appears on it. Brendan McCarthy, *Third NOPD Officer Being Investigated in Case of Corpse Burned After Hurricane Katrina*, THE TIMES-PICAYUNE, April 16, 2010 (attached as A-20).

8.   *United States v. Smith*, Crim. No. 07-305
9.   *United States v. Bradley, et al.*, Crim. No. 08-176

- Sources close to the probe have said the federal government is generally trying to determine whether any state officials have been overly lenient in granting tax credits, and if so, whether they have done so in exchange for kickbacks or bribes. Gordon Russell and Robert Scott, *Grand Jury Expected to Hear Testimony on State's Film Tax Credits*, THE TIMES-PICAYUNE, May 31, 2007 (attached as A-21).

- In the first criminal case to emerge from a sprawling probe of Louisiana's film tax credit program, federal prosecutors will charge the state's former film commissioner today with accepting about \$50,000 in bribes in exchange for inflating the value of tax credits granted to movies made in the state, several sources close to the investigation said. Gordon Russell, *Former State Film Commissioner to Plead Guilty to Accepting Bribes*, THE TIMES-PICAYUNE, August 16, 2007 (attached as A-22).

- Mark Smith will be charged with bribery and conspiracy in a bill of information rather than in a grand jury indictment. Sources said he has agreed to plead guilty and cooperate

7

with investigators. The charges against Smith will not be the last filed in the case, the sources said. *Id.*

- Sources said the approximately $50,000 in bribes that Smith will admit to taking came from LIFT's chief executive, Malcolm Petal. But the money was routed through an intermediary, Hammond lawyer William Bradley, who represented LIFT at times and who received about $50,000 for serving as the conduit for the bribes, the sources said. *Id.*

- Both Petal and Bradley will be referenced obliquely but not by name in the document charging Smith, the sources said. It is not yet clear to investigators the value of the tax credits LIFT received in exchange for the bribes allegedly paid by Petal. The sources said the charges against Smith will say merely that he gave favorable treatment to the applications submitted by LIFT. *Id.*

- Sources familiar with the investigation say Mr. B is Malcolm Petal, the founder and top executive of New Orleans-based LIFT Productions, which until recently was the foremost movie producer and investor in Louisiana. It also was the biggest user of the state's film incentive program, which grants income tax credits based on the value of film productions. Robert Scott, *Film Commissioner Charges with Bribes*, THE TIMES-PICAYUNE, August 17, 2007 (attached as A-23).

## 10. *United States v. Derrick Shepherd*, Crim. No. 07-384

- The indictment charging state Sen. Derrick Shepherd with fraud also details alleged money laundering by an unnamed "Public Official B," who sources close to the investigation said is 4th District Assessor Betty Jefferson, sister of indicted U.S. Rep. William Jefferson. Gordon Russell, *Betty Jefferson implicated in Shepherd case, sources say*, THE TIMES-PICAYUNE, April 11, 2008 (attached as A-24).

- With regard to Betty Jefferson, the indictment says that Moyo funneled $320,000 in four transactions to accounts belonging to "XYZ Services, " a company controlled by "Public Official B" (Betty Jefferson, according to sources) and "associated" with "Public Official A" (William Jefferson, the sources say). *Id.*

- The indictment says that "Public Official A" -- William Jefferson, sources said -- steered bond broker Gwendolyn Moyo to Shepherd. Moyo, who was charged alongside Shepherd on Thursday, is accused of selling phony construction bonds and pocketing the proceeds. *Id.*

8

11.    *United States v. Mose Jefferson*, Crim. No. 08-85
12.    *United States v. Ellenese Brooks-Simms*, Crim. No. 07-228

- Working with FBI agents, former Orleans Parish School Board president Ellenese Brooks-Simms secretly recorded several recent conversations she had with Mose Jefferson -- the brother of indicted U.S. Rep. William Jefferson and the man who investigators believe paid her bribes -- as part of her agreement to cooperate with federal prosecutors, sources close to the case say.  Gordon Russell, *Brooks-Simms Secretly Recorded Conversations with Mose Jefferson*, THE TIMES-PICAYUNE, June 20, 2007 (attached as A-25).

- In an effort to help prosecutors put together a case against him for paying the bribes, Brooks-Simms met in person with Mose Jefferson and captured him on tape discussing the transactions at the center of the government's bribery case against her, one of the sources said. *Id*.

- Prosecutors said the bribes were provided by "Mr. A," a lobbyist for JRL Enterprises, who was paid more than $900,000 as his "sales commission" for products purchased by the Orleans Parish school system . . . . Sources close to the probe have identified the businessman as Mose Jefferson, the eldest brother of and chief political strategist for U.S. Rep. William Jefferson, D-New Orleans, who has been indicted in Virginia in a separate influence-peddling case. *Id*.

13.    *In re: Robert Isakson*

- Sources close to the investigation say the FBI is looking at payments and gratuities former Plaquemines Parish Sheriff Jiff Hingle, his driver, and companies affiliated with the two allegedly received from Isakson's Mobile, Ala.-based disaster-recovery firm, DRC Inc. Shortly after that, DRC got two contracts from Hingle's office worth about $3 million. David Hammer, *Corruption Investigation of Disaster-recovery Firm Takes Aim at Former FBI Supervisor*, THE TIMES-PICAYUNE, April 17, 2012 (attached as A-26).

14.    *United States v. Sean Hunter, et al.*, Crim. No. 10-261

- But a source familiar with the investigation said it centers on charges that Hunter's wife, Shauna Crowden Hunter, filed a fraudulent insurance claim for a vehicle that was declared a total loss after Hurricane Katrina in 2005. Frank Donze, *New Orleans Airport Director Takes Leave of Absence Amid Insurance Investigation*, THE TIMES-PICAYUNE, June 26, 2009 (attached as A-27).

9

- After a settlement check was issued to Shauna Hunter by an insurance company, the source said, the vehicle's license plate was subsequently recorded on camera as the car ran through a red light in 2008. A record of the moving violation triggered an investigation by the insurance company, the source said. *Id.*

- At some point in the investigation, the vehicle, a BMW, was found parked at the airport garage, the source said. Federal investigators got involved in the case because the insurance settlement may involve violations of federal wire fraud laws, the source said. *Id.*

- When Sean Hunter took a leave of absence in June, the investigation was focused on a fraudulent insurance claim for a vehicle registered to Shauna Hunter that was declared a total loss after Hurricane Katrina in 2005, a source familiar with the case said. Frank Donze, *N.O. Aviation Director Quits Amid Federal Probe*, THE TIMES-PICAYUNE, September 16, 2009 (attached as A-28).

- After a settlement check was issued by an insurance company, the source said, the vehicle's license plate was subsequently recorded on camera when the car ran a red light in 2008. A record of the moving violation triggered an investigation by the insurance company, the source said. *Id.*

- At some point in the investigation, the vehicle, a BMW, was found parked at the airport garage, the source said. Federal investigators got involved in the case because the insurance settlement may involve wire fraud, the source said. *Id.*

15. *United States v. Joseph Basel, et al*, Crim. No. 10-81

- An official close to the investigation said one of the four was arrested with a listening device in a car blocks from the senator's offices. He spoke on condition of anonymity because that information was not included in official arresting documents. David Hammer, *ACORN "Gotcha" Man Arrested in Attempt to Tamper with Mary Landrieu's Office Phones*, THE TIMES-PICAYUNE, January 26, 2010 (attached as A-29).

16. *United States v. Benjamin Edwards*, Crim. No. 09-390

- Federal prosecutors have been quietly building a corruption case against Benjamin Edwards, a 9th Ward minister and longtime member of the Sewerage & Water Board who spent $270,000 on New Orleans Mayor Ray Nagin's 2006 re-election, sources close to the case say. Gordon Russell, *S&WB Member with Ties to Nagin Being Investigated*, THE TIMES-PICAYUNE, November 15, 2009 (attached as A-30).

- The government believes that Edwards received kickbacks totaling up to $2 million from companies that performed work for the water board, the sources say. The money,

10

according to the sources, was routed through Edwards' Third Shiloh Missionary Baptist Church, located on Piety Street in the Desire area. *Id.*

17.   *United States v. Broussard*, Crim. No. 11-299

•   A source tells FOX 8 to expect former Jefferson Parish President Aaron Broussard to be indicted by a federal grand jury Friday. The source says Broussard's ex-wife, Karen Parker Broussard, and former parish attorney Tom Wilkinson will also be part of any indictments. Lee Zurik, *Indictment Imminent Against Broussard*, Fox 8 Live, December 1, 2011 (attached as A-31).

18.   *United States v. Hingle*, Crim. No. 11-252

•   Sources close to the investigation told The Times-Picayune that Hingle has been working with federal investigators for months and wore a wire to help nab Bennett, who allegedly gave him a $10,000 payoff in August. David Hammer, *Jiff Hingle to be Arraigned on Federal Conspiracy Charges Oct. 14*, THE TIMES-PICAYUNE, October 6, 2011 (attached as A-32).

19.   *In re: Una Anderson*

•   Federal investigators are probing an allegation that Orleans Parish School Board member and state House candidate Una Anderson accepted a cash bribe, delivered to her husband six years ago in exchange for her help steering a School Board trash-collection contract to two local garbage haulers, sources close to the investigation said. Gordon Russell, *Feds Probe Una Anderson Bribery Allegation*, THE TIMES-PICAYUNE, November 1, 2007 (attached as A-33).

•   But the feds' questioning of Anderson is different in the trash probe, said sources close to the case. The sources said Barre told investigators that he collected bribes from the two trash haulers and delivered them to Dave Anderson. In return, Barre told investigators, Una Anderson agreed to push for Metro to serve as the lead vendor on the School Board's garbage collection contract, worth $525,000 annually. *Id.*

•   The investigation described by sources marks the second recent criminal probe into an Orleans Parish School Board member. Former School Board President Ellenese Brooks-Simms pleaded guilty in June to accepting bribes from Mose Jefferson, the brother of indicted U.S. Rep. William Jefferson. Brooks-Simms said she took the money in exchange for supporting the district's purchase of I CAN Learn, a computerized algebra tutorial. *Id.*

11

- In that case, federal sources said, Anderson and the other board members were called before the grand jury purely as "fact witnesses," telling prosecutors what they recalled of the transactions and explaining the purchasing process. *Id.*

- Brooks-Simms is the only School Board member to be accused of any wrongdoing in that matter. Sources close to the trash-hauling probe said it is based on a separate allegation. *Id.*

JOBS ▾ | AUTOS ▾ | REAL ESTATE ▾ | RENTALS ▾ | CLASSIFIEDS ▾ | OBITUARIES ▾ | FIND N SAVE ▾ | LOCAL BUSINESSES ▾ |

**The Times-Picayune**

nola.com

# Greater New Orleans

Set your local edition to Baton Rouge

**74°**

5-day | Hurricane Center

Sign in | Join

Search

NEWS   BUSINESS   SPORTS   H.S. SPORTS   ENTERTAINMENT   LIVING

NOBA Presents   Martha Graham Dance Company

Top Photos | Top Videos | **Crime** | Louisiana Politics | Education | La. Environment | Opinions | Traffic/Fires | Science | Weather

The Wire | Contact a reporter

# Jiff Hingle to be arraigned on federal conspiracy charges Oct. 14

6 comments



By David Hammer, The Times-Picayune
on October 06, 2011 at 12:33 PM, updated October 06, 2011 at 12:53 PM

Sponsored By:



CHEHARDY SHERMAN

Former Plaquemines Parish Sheriff **Jiff Hingle** is scheduled
to be arraigned Oct. 14 on the **corruption charges** federal
prosecutors leveled against him yesterday. Hingle resigned
yesterday after two decades as sheriff.

**2013 n.o. murder count**



DEFENDANT'S EXHIBIT

E

  


*Susan Poag, The Times-Picayune archive*

Former Plaquemines Parish Sheriff Jiff Hingle was photographed in
May 2007 during the dedication of the Plaquemines Community
C.A.R.E. Center in Belle Chasse.

Michael Lafrance has taken over as sheriff.

Hingle and **Aaron Bennett**, a sheriff's office contractor, were
charged in an alleged federal bribery scheme.

Both Hingle and Bennett were charged in bills of information,
rather than grand jury indictments, an indication that they
have been cooperating with law enforcement and plan to plead
guilty.

Sources close to the investigation told The Times-Picayune that
Hingle has been working with federal investigators for months
and wore a wire to help nab Bennett, who allegedly gave him a
$10,000 payoff in August.

Hingle's first appearance and arraignment have been scheduled
for 10 a.m. before federal Magistrate Judge Louis Moore Jr.

**Ever Been Arrested?**
Arrest Records Now Posted Online. Enter Name, Search For Free.
InstantCheckMate.com

**Shopping @ SearchInQ**
Price comparison site that allows you shop online for the best deals.
Shopping.SearchInQ.com

**Fibromyalgia Symptoms**
You May Have Fibromyalgia & Not Know It. See Signs and Symptoms
fibroandfatigue.com

**Gout Signs**
You Might Be Missing These (5) Tricky Signs of Gout. Learn More No
advicecommune.com/gout

# 29

## Latest New Orleans homicide news

• ☐ Deaths that are not yet classified, may be
classified later as murders. Latest N.O.
murders »

## more in crime


Ray Nagin indictment: A
breakdown of the alleged
payments to him, and what he
allegedly did for those who
provided them


Latest updated, news
concerning the NOPD


Local crime reports

**most comments**   most read

**746** Racism as practiced by good people:
Jarvis DeBerry

**195** Student tried walking into school with
handgun holding 34 bullets, NOPD
says


 MARCH 15 *thru* MAY 12
EXCLUSIVELY AT THE
STAGE DOOR CANTEEN


JOBS ▾ | AUTOS ▾ | REAL ESTATE ▾ | RENTALS ▾ | CLASSIFIEDS ▾ | OBITUARIES ▾ | FIND N SAVE ▾ | LOCAL BUSINESSES ▾ |

**The Times-Picayune**
**nola** **Greater New Orleans**
Set your local edition to Baton Rouge

69°
5-day | Hurricane Center

Sign in | Join
Search

**LUBA Workers' Comp**

NEWS BUSINESS SPORTS H.S. SPORTS ENTERTAINMENT LIVING

Top Photos | Top Videos | Crime | Louisiana Politics | Education | La. Environment | Opinions | Traffic/Fires | Science | Weather

The Wire | Contact a reporter

# Corruption investigation of disaster-recovery firm takes aim at former FBI supervisor

 13 comments

 By David Hammer, The Times-Picayune
on April 17, 2012 at 10:00 PM, updated April 18, 2012 at 12:53 PM

Sponsored By:


Robert Isakson was once the fair-haired boy of the FBI in New Orleans. Thirty years later, the public corruption squad he once ran is investigating him.


View full size

**2013 n.o. murder count**



Sheriff's records show Jiff Hingle awarded DRC a $2 million contract in June 2011 to build a temporary correctional training facility in Davant. In that case, DRC was the low bidder among at least seven competitors. Under the FEMA-approved contract, the facility must be ready for use by May 5. This week, wood panels were being placed over the frame of the elevated steel structure.

Sources close to the investigation say the FBI is looking at payments and gratuities former Plaquemines Parish Sheriff **Jiff Hingle**, his driver, and companies affiliated with the two allegedly received from Isakson's Mobile, Ala.-based disaster-recovery firm, DRC Inc. Shortly after that, DRC got two contracts from Hingle's office worth about $3 million.

It's a staggering revelation because Isakson has carefully cultivated an image as a justice-seeking government contractor, blowing the whistle on the most brazen war profiteer in post-Saddam Iraq and refusing to pay bribes in Honduras to help that country recover from Hurricane Mitch. His former colleagues looked up to him and thought of him as a straight arrow.

"He was one of the youngest supervisors in the bureau back in the '70s," said Charlie McGinty, a retired federal agent who worked alongside Isakson in the FBI's Kansas City bureau, and then for him in the New Orleans bureau. "He is a very bright guy, so it would surprise me if he was stupid enough to do something like that."

In February, WVUE-TV reported that Isakson's firm sponsored a major dinner for Hingle at a 2009 sheriff's conference, bought LSU football tickets for Hingle and his driver and business partner, Major Brandon Mouriz, and then loaned $100,000 to Hingle and Mouriz to start a company called BCA Offshore in 2010. DRC then landed two lucrative contracts with the sheriff's office, a potential conflict of interest.

State records list Mouriz as sole owner of BCA Offshore. But Hingle's wife, then-Superdome Commission member Madalyn Brown Hingle, filed a financial disclosure form with the state last year that named her husband as half-owner of BCA.

31

## Latest New Orleans homicide news

·☐Deaths that are not yet classified, may be classified later as murders. Latest N.O. murders »

## more in crime



Ray Nagin indictment: A breakdown of the alleged payments to him, and what he allegedly did for those who provided them



Latest updated, news concerning the NOPD



Local crime reports

most comments | most read

374 NOPD baffled as to why 3 men attacked a stranger in the Marigny without robbing him

288 New Orleans Saints will reportedly bring in free agent cornerback Nnamdi Asomugha for a visit Sunday

220 New Orleans' curfew enforcement is racially biased, ineffective, critics say; but NOPD Chief disagrees

122 Mississippi lives for sugar, dies of sugar: Jarvis DeBerry

81 Jindal ties Palin for 8th place in straw poll of conservative favorites for 2016 GOP presidential nod



View full size          *John David Mercer, The Associated Press*

Robert Isakson was photographed in April 2005.

See more comments »



VETERANS    C'mon Man!
Get this 2012 Ford
F-150 for over
$8,500
OFF!

click here!

Check out all inventory at
www.vetsford.com



DRC by then had been hired by BP to help run the oil spill cleanup. A September 2010 email unearthed by the TV station shows that Isakson's firm purchased and financed a vessel for BCA, then paid the firm rent so the boat could be used in the cleanup.

In addition, the station reported that DRC paid BCA Offshore about $500,000 to help in the cleanup; paid Hingle's Delta Marina $250,000; paid almost $500,000 to a company that once listed Mouriz as an owner, Delta Security Service; and also paid Hingle's marina business partner, Darren Angelo, hundreds of thousands of dollars.

The Times-Picayune asked DRC about the payments. DRC's general counsel, Kip Sharpe, did not dispute them, although he would not confirm the dollar amounts.

Hingle, who resigned last year, has pleaded guilty to federal conspiracy charges in an unrelated bribery scheme and is awaiting sentencing. His attorney, Frank DeSalvo, declined to comment. DeSalvo told WVUE in February that "everything with Isakson was up and above board and the government was made aware of that."

Mouriz was fired by Hingle's successor following an audit that found he might have violated the law by taking New Orleans Saints tickets from businessman **Aaron Bennett**, who was convicted of bribing Hingle. Mouriz's lawyer, Wiley Beevers, did not return calls, but told WVUE in February that DRC's

original $100,000 loan to BCA Offshore was paid back with
interest. Angelo also did not return a message.

After DRC's oil cleanup work ended, Hingle approved two
contracts between his office and DRC. Records show the
sheriff's office has paid Isakson's firm more than $800,000 so
far.

Under one of its contracts with DRC, the sheriff's office is
leasing a temporary, 22-bed jail facility in Port Sulphur at
$53,734 a month for two years. Isakson pitched the idea for a
mobile "jail on demand" back in 2009, assuring Hingle in an
email obtained by WVUE that the sheriff didn't need to seek
competitive proposals or bids. In the end, the sheriff did put
out a request for proposals, but DRC was the only firm to
respond by the deadline. It got the deal in January 2011 and is
on track to make more than $1 million by next April.

Sheriff's records show Hingle also awarded DRC a $2 million
contract in June 2011 to build a temporary correctional
training facility in Davant. In that case, DRC was the low
bidder among at least seven competitors. Under the FEMA-
approved contract, the facility must be ready for use by May 5.
This week, wood panels were being placed over the frame of the
elevated steel structure.

Sharpe, DRC's lawyer, defended the payments to the various
companies connected to Hingle and Mouriz, and said DRC won
the two contracts in fair and open competition.

"The actions between DRC and Brandon Mouriz were proper
and transparent. Mr. Hingle's attorney has already made public
that the former sheriff has verified that all of his actions with
DRC were legal and above board," Sharpe said in an email. "As
for the BP matter, DRC made every attempt to hire persons
and equipment from the local or adjacent parishes. Delta
Marina was one of a number of marinas that were used by the
hundreds of vessels working for us and for BP, and the primary
reimbursement was for fuel."

People who know Isakson say he would never grease a
government official for a contract, that he remains an FBI
agent at heart, pushing his employees and other contractors to

play by the rules.

But he clearly knows how to play the political game. DRC
collected millions in New Orleans city contracts after Katrina.
Meanwhile, Isakson co-hosted a major fundraiser for then-
Mayor Ray Nagin in 2006. Isakson and two of his firms gave
Nagin's re-election campaign a total of $11,500. His co-host at
that event, Cary Goss, was a member of Gov. Edwin Edwards
"kitchen cabinet" and was named an unindicted co-conspirator
in Edwards' corruption case.

Goss did not return a phone message.

DRC makes upwards of $100 million a year doing recovery
work around the world. But the company has also had
extended, expensive battles in and out of court over the last
decade, fighting over millions of dollars it said it was owed and
never paid. In fact, business failures and personal controversies
have followed Isakson from the moment he left the FBI 30
years ago.

While McGinty remembers Isakson fondly, he also recalled his
flamboyance. He was the favored young gun, overseeing a
squad of agents in New Orleans when he was just 28. He also
made big money on the side in real estate and started wearing
fancy suits to the office. In a 1983 interview with The Times-
Picayune, Isakson noted other agents' resentment, and said
they were jealous of his success.

Isakson said he had been offered the job of overseeing all
corruption investigations on the East Coast. Instead, he quit
the bureau and stayed in New Orleans to work for developer
August "Augie" Perez III.

He became the public face of the $12 million trans-Mississippi
River gondola project that was envisioned as the centerpiece of
the 1984 World's Fair. Like the fair as a whole, it was an utter
flop. The system became infamous for breakdowns, during
which passengers were stranded hundreds of feet in the air
above the river. Plans to make it permanent were scrapped.

Through it all, Isakson still fancied himself a crime fighter.
When seeking City Council approvals for the gondola, Isakson

testified that then-Councilman Jim Singleton had offered to
provide him "special help" and called Perez "moneybags,"
implying a shakedown. An irate Singleton called Isakson a liar.

Singleton recalls rumors that Isakson was still working
undercover for the FBI.

"I never trusted him, never felt comfortable with him," said
Singleton, now chairman of the New Orleans Redevelopment
Authority. "I stayed away from him as much as I could. I never
had any other dealings with him and didn't want to."

Isakson changed course after the fair, moving to Mobile to
start DRC in 1989. He made its reputation by getting recovery
work after various hurricanes, and expanded to restoration
projects in Kuwait following the 1991 Gulf War.

That experience served the firm well in stints in Somalia and
Kosovo. In 2003, when the U.S. returned to Iraq and ousted
Saddam Hussein, DRC quickly stood up temporary and
terminal facilities at Baghdad International Airport, and built
permanent ones in less than a month.

But the company that had hired DRC, Custer Battles,
complained of shoddy work at the airport and fired Isakson's
company. DRC responded by suing for breach of contract, then
upped the ante by alleging that Custer Battles overbilled the
government. DRC also claimed Custer Battles used "shell
companies" to inflate the price of another job: replacing Iraq's
paper currency.

Isakson's whistle-blowing was hailed in the press and on
Capitol Hill, and a jury eventually found that Custer Battles
had defrauded the government.

But the tables were soon turned on DRC. The U.S. Justice
Department sued the company in 2004, saying it tried to
defraud the U.S. foreign aid agency on a contract to restore
water and sewer systems in Honduras after Hurricane Mitch.
Isakson told the Houston Chronicle that Honduran officials
ginned up the charges because DRC wouldn't pay them bribes.
A Honduran arbitration panel eventually awarded DRC $51
million, but Honduras' government refused to pay it. The

dispute is still pending in federal court.

After Hurricane Katrina, DRC got contracts worth tens of
millions of dollars for cleaning up abandoned vehicles and
hurricane debris and for home demolitions in New Orleans, as
well as for similar work in nearly every southeast Louisiana
parish. DRC is often among the first on the scene after
disasters, providing housing for victims and food for first
responders after the devastating 2010 earthquake in Haiti and
the 2011 Alabama tornadoes, among others.

In 2010, when the oil spill struck, DRC again snagged a prime
contract to manage BP's far-flung cleanup work, overseeing
480 vessels and 750 fishers and trained technicians, according
to a Washington Times report.

Controversy soon ensued. DRC initially paid cleanup workers
millions out of its own pocket without reimbursement from BP,
but refused to meet payroll in mid-November 2010. Local boat
owners protested. Plaquemines Parish President Billy
Nungesser rushed to Isakson's aid, saying it was BP's fault. The
oil giant quickly resumed some payments and eventually
settled the dispute with DRC, sources said.

BP spokesman Curtis Thomas declined to provide details about
the contract with DRC.

Shortly after that spat, Hingle and DRC signed the lease for the
"jail on demand" Isakson had been pitching to Hingle for
years. It wasn't the first work DRC had done for the sheriff.
Hingle's office paid the company $77,041 for helicopter rentals
after Hurricane Gustav in 2008.

*David Hammer can be reached at*
*dhammer@timespicayune.com or 504.826.3322.*

**Win A Dream Getaway Trip**
Win $10,000 Cash for Dream Getaway. Submit Free Entry at PCH.com Now
www.PCH.com/dream-vacation

**New Rule in LOUISIANA:**
(MAR 2013): If You Pay For Car Insurance You Better Read This...
www.ConsumerFinanceDaily.com

# Democrat & Chronicle
PART OF THE USA TODAY NETWORK

 

**Easy and Affordable Bathroom Renovations**
One-Day, No Mess Installation.   GO   ❄BATHWRAPS

# Mayfield's Library Foundation paid his Jazz Orchestra more than $1million

David Hammer / Eyewitness News   Published 7:19 p.m. ET Dec. 11, 2015

f
y
in
💬



Mayfield's Library Foundation paid his jazz orchestra more than $1million

f        y        in        💬        ✉        ☐
CONNECT   TWEET   LINKEDIN   COMMENT   EMAIL   MORE

🖨

NEW ORLEANS — A new board at the city's public library support foundation ordered forensic audits this summer after WWL-TV discovered that the two previous foundation presidents had directed at least $863,000 in library donations to the jazz orchestra that pays both of their salaries.

Now, after months of reviews by accountants and attorneys, it's been determined that the New Orleans Public Library Foundation paid a total of $1.03 million to the New Orleans Jazz Orchestra between 2012 and 2014, while Grammy-winning trumpeter Irvin Mayfield and his business partner Ronald Markham were on the library foundation board and also each making at least $100,000 a year running the NOJO.

Bob Brown, the former managing director of the New Orleans Business Council, took over as chairman of the Library Foundation when Mayfield stepped down in April. That was while WWL-TV was questioning Mayfield about the payments to his orchestra. After the station aired a series of stories in early May, Mayor Mitch Landrieu called for changes at the foundation and Markham resigned, leaving Brown to set up almost an entirely new board.

Irvin Mayfield, staffer resign public UNO jobs as WWL-TV seeks answers



SRC

**Engineer
New Possibilities™**

srcinc.com/careers

Share your feedback to help improve our site experience!

FROM THE USA TODAY NETWORK



DEFENDANT'S
EXHIBIT
G
tabbies

Shortly after WWL-TV's initial reports, the New Orleans Jazz Orchestra's nonprofit board, headed by Audubon Institute CEO Ron Forman, also agreed to pay back the money it got from the Library Foundation.

Forman said his board would work swiftly to raise the money it had already used to build the jazz market and pay it back, but that has been delayed as auditors tried to resolve discrepancies in the Library Foundation's financial reports and sought updated records for 2014.

Brown said he wasn't ready to say that the $1.03 million figure is the total amount owed back to the Library Foundation, in part because he said the consultants are still trying to figure out if any of it was legitimately used to provide library services.

"Because when that figure is out there, it becomes a figure that nobody can walk away from," Brown said.

Brown did acknowledge something that WWL-TV previously reported based only on anonymous sources: a criminal investigation.

"The foundation was subpoenaed prior to this board's installation and did provide documents," he said.

Brown acknowledges he is friends with Mayfield and Markham, and he is careful not to "disparage" his predecessors. But he says he must also be honest about the sorry state they left him as he tries to convince library donors that he and the rest of the new board are cleaning things up and once again worthy of their financial support.

### Library donations to Irvin Mayfield's jazz project questioned

"I'm not afraid to say that I have had a number of inquiries from concerned donors about this matter," Brown said. "I have tried to answer each inquiry personally and to give as best I can an explanation that ... I hope provides a reassurance that this board is doing its very best to be true to the donors and their wishes."

He said the Library Foundation's fund balance has plummeted from $3.5 million to around $2 million, a challenge as the new board tries to set spending for the coming year.

"It is no secret that fundraising is a bigger challenge now than it might have been under different circumstances and we have to put forth a responsible budget," he said.

They hired auditors Bruno & Tervalon and ethics attorney Gray Sexton to review the foundation's finances and procedures. Sexton's review made 13 recommendations on how to change the foundation's management, which lacked proper board minutes and record-keeping, Brown said.

Those deficiencies appeared to have played a role in some of the issues identified by the WWL-TV investigation, including uncertainty from Mayfield and Markham's fellow former board members about whether they knowingly bestowed Mayfield and Markham with special financial powers at 2012 meetings.

## Mayfield's Jazz Orchestra agrees to give money back to Library Foundation

Former board members Gerald Duhon Jr. and Dan Forman, the son of the NOJO board chairman, couldn't recall agreeing to help finance the NOJO's $10 million New Orleans Jazz Market building that opened earlier this year in Central City.

Mayfield has never agreed to respond to requests for comment about the payments, but Markham defended them in an interview in May. He said he and Mayfield properly disclosed their involvement in the NOJO and said library donations were properly used to build the jazz market because it would offer some library-like services, such as books, touch-screen computers, free wi-fi and jazz records from the public library's collection.



**Patriots radio commentator cheers on Rob Gronkowski's dirty hit: 'Good. Good for ...**
For The Win

**Make a perfect prime rib roast for Christmas**
Thanksgiving.com

**UFC fighter makes superfan's dream come true**
For The Win

*These sites are part of the USA TODAY NETWORK. Their content is produced independently from our newsrooms.*

CONNECT   TWEET   LINKEDIN   COMMENT   EMAIL   MORE

## AD CONTENT

Sponsored Links by Taboola

**U.S. Cardiologist Warns: Throw Out Your Probiotics Immediately**
Gundry MD

**You should never shop on Amazon without using this trick – here's why**
Honey

**This Tiny Device Will Power Everything by 2020**
Banyan Hill Publishing

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

**12 Amazingly Cool Gadgets Flying off Shelves**
Lifed

**7 Reasons Why People Are Buying Tecovas Boots**
Tecovas Handmade Boots

MORE STORIES

Three more restaurant closures in 2017

ROCHESTER DEMOCRAT AND

Brighton couple spends over $500K to transform this 1920s home

ROCHESTER DEMOCRAT AND

The Bills were so thankful, they sent the Bengals the gift of wings

ROCHESTER DEMOCRAT AND

Jarvis Landry ended Aaron Williams' career, while his own career is flourishing

ROCHESTER DEMOCRAT AND


Meet the Babies 2017

Sponsored by:
ROCHESTER REGIONAL HEALTH


Picture your baby on the cover of this D&C special section!


UPLOAD YOUR PICTURE AND VOTE!