MINUTE ENTRY
JANUARY 4, 2018
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-241 |
| IRVIN MAYFIELD | SECTION: A |

INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT WITH/~~WITHOUT~~ COUNSEL   FPD: *Claude Kelly, 500 Poydras St. New Orleans, LA 70130*

   X   ASSISTANT U.S. ATTORNEY   DALL KAMMER

   ___ INTERPRETER   _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
   READ   ~~WAIVED~~   SUMMARIZED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07



_X_/ BAIL SET AT  $25,000.00 unsecured appearance bond
See attached for additional conditions of release

_____

_____

_____

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_✗_/ DEFENDANT RELEASED ON BOND

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

(ARRAIGNMENT) IS SET FOR ___held_____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____



DEFENDANT'S NAME: <u>IRVIN MAYFIELD</u>     CASE NO. <u>17-241 A</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

✓ submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

___ continue to actively seeking employment

✓ surrender any passport to ___<u>USPO</u>___

✓ not obtain a passport or other international travel document

✓ abide by the following restrictions: Continental U.S. ✓  EDLA ___  LA ___

Other ___<u>w/ prior approval of USPO</u>___

___ avoid all contact with victim/witness ___ co-defendants ___

Other _____

___ medical or psychiatric treatment if directed by Pretrial Services

___ not possess firearm, destructive device or other weapon

___ not use alcohol: at all ___ excessively ___

✓ not use or unlawfully possess narcotic drug/controlled substances

✓ submit to testing for a prohibited substance if required by Pretrial Services

___ participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

___ participate in location restriction program: ___ (i) Curfew

                                         ___ (ii) Home Detention

                                         ___ (iii) Home Incarceration

___ submit to location monitoring as directed by Pretrial Services

✓ report every contact with law enforcement personnel to Pretrial Services

___ Other(s): _____

