MINUTE ENTRY
KNOWLES, M.J.
JANUARY 4, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                       NO. 17-241

IRVIN MAYFIELD                              SECTION A

## CRIMINAL ARRAIGNMENT

APPEARANCES: X DEFENDANT
             X COUNSEL FOR DEFENDANT   CLAUDE KELLY
             X ASSISTANT U.S. ATTORNEY DALL KAMMER
             __ INTERPRETER _____ SWORN ____
                (TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

_ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

_ / BAIL SET AT _____

_ / DEFENDANT RELEASED ON NEW BOND

_ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **FEBRUARY 15, 2018 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL: **MARCH 12, 2018 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 02

