UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## **ORDER**

**IT IS ORDERED** that the Government's deadline for responding to the **Motion to Dismiss Indictment and Request for Evidentiary Hearing (Rec. Doc. 10)** filed by defendant Irvin Mayfield is **Monday, January 22, 2018**.

January 8, 2018

                                   _____
                                   JAY C. ZAINEY
                                   UNITED STATES DISTRICT JUDGE