# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION: A |

### ORDER

On March 22, 2018 the undersigned granted defendants' Motion for De Novo Review of Magistrate Judge's Denial of Amendment to Release Conditions and Request for Evidentiary Hearing. Accordingly,

**IT IS ORDERED** that this matter is **REFERRED** to the Criminal Duty Magistrate Judge for review and perfection of the property bond.

New Orleans, Louisiana this 6th day of June, 2018.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE