STATE OF TEXAS
County of _DALLAS_

## NOTE

Upon demand, I, CARA N. BANASCH agree to pay to the United States of America the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

CARA N. BANASCH hereby waives presentment for payment, demand, notice of non-payment, protest, and all pleas of division and discussion, and agrees that the payment hereof may be extended from time to time, one or more times, without notice, hereby binding herself unconditionally and as original promisor for the payment hereof, in principal, interest, costs and attorney's fees.

6/9/18
DATE                                        CARA N. BANASCH

Paraphed NE VARIETUR for identification with the mortgage of the 9th day of _June_ , 2018.

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY
on this _9TH_ day of
_June_ , 2018.

_____
NOTARY PUBLIC
No.

CODY N NICHOLAS
Notary ID # 130734393
My Commission Expires
July 11, 2020