UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL NO. 17-241

VERSUS                                  SECTION "A"

IRVIN MAYFIELD                          VIOLATION:
RONALD MARKHAM

NOTICE OF TRIAL (both defendants)(cont'd from 10/22/18)

Take notice that this criminal proceeding is reset for **April 29, 2019 at 8:30 a.m.**, before Judge
Jay C. Zainey, Ctrm C467,  500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE
THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  September 12, 2018                WILLIAM W. BLEVINS, CLERK
                                        by: James Crull, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ IRVIN MAYFIELD (bond)               ✓ AUSA:  Dall Kammer
✓ Claude Kelly and Celia Rhoads, Counsel
                                      ✓ U.S. Probation Office

✓ RONALD MARKHAM (bond)               ✓ U.S. Probation Office - Pretrial Services Unit
✓ Sara Johnson, Counsel
                                      ✓ U.S. Marshal

                                        JUDGE

                                      ✓ MAGISTRATE JUDGE

**If you change address,**            ✓ FBI - Lantto
**notify clerk of court**
**by phone, (504) 589-7688**