UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 17-241 |
| | * | |
| | * | SECTION: "A"(1) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| IRVIN MAYFIELD, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

## ORDER

In denying the defendants' Motion to Compel on May 18, 2018, the undersigned ordered the Government to notify the Court upon the completion of the investigation and to advise whether the investigation resulted in a report. (Rec. Doc. 66). On February 7, 2019, the government notified the undersigned that the DOJ-OIG investigation was complete and that a report had been generated via the attached correspondence, which is hereby entered into the record. The undersigned obtained a redacted copy of the report for *in camera* review. Having reviewed the report, the court finds no reason to amend its May 18, 2018, order.

New Orleans, Louisiana, this 25th day of February, 2019.

Janis van Meerveld
United States Magistrate Judge



**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of Louisiana*

| | | |
|---|---|---|
| *G. Dall Kammer* | *650 Poydras Street, Suite 1600* | *Telephone: (504) 680-3168* |
| *Supervisor, General Crimes* | *New Orleans, Louisiana 70130* | *Fax: (504) 589-2027* |

February 7, 2019

**BY HAND DELIVERY**

Honorable Janis van Meerveld
United States Magistrate Judge
500 Poydras St.; Room B345
New Orleans, Louisiana 70130

Dear Judge van Meerveld:

    On May 18, 2018, you ordered that the government notify the Court when the DOJ investigation was complete, and if a report was generated. (Rec. Doc. 66 at 13). On January 31, 2019, this Office was notified that the DOJ-OIG investigation is complete, and that a report has been generated. It is unclear at this time whether that report will be made available to this Office. Nevertheless, we wanted to keep you updated.

                                    Respectfully,

                                    MICHAEL M. SIMPSON
                                  Attorney for the United States Acting
                                  Under the Authority Conferred by
                                  28 U.S.C. § 515

                                  G. DALL KAMMER
                                  Assistant United States Attorney