UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### ORDER

Before the Court is a **Motion for Travel (Rec. Doc. 167)** filed by defendants Irvin Mayfield and Ronald Markham. Defendants move the Court for modification of their bond conditions so that they can travel outside of the United States for a musical work performance. Defendants advise that they have been invited to perform in Barbados for the Royal Commonwealth Society of Barbados at the Government House. (Rec. Doc. 167-4). Defendants previously sought and obtained this Court's permission to travel to South Africa in June 2018 for a similar out-of-country work performance. (Rec. Doc. 42).

The Court, having considered the nature of the charged crimes, Defendants' exemplary compliance with their pretrial release conditions thus far, Defendants' significant personal and family ties to this community, the probation officers' lack of objection to the request, and Defendants' compliance with all of the conditions that the Court imposed when they traveled to South Africa for a similar work performance in June 2018,[1] GRANTS Defendants' motion as follows: Defendants will be permitted to

---

[1] Defendants' counsel contacted the Government before filing the motion to determine the Government's position with respect to the requested temporary bond modifications. Defense counsel advises that the Government maintains the same objections it raised when Defendants requested to travel to South Africa. Considering the Court's granting of the prior request, however, the Government does not intend to file an opposition to the instant motion. (Rec. Doc. 167-1 ¶ 4).

1

travel to Barbados from May 15, 2019 through May 20, 2019, when they will return to the United States, subject to Defendants complying with the following additional conditions of release: 1) each defendant must provide a $100,000 property bond that will be in effect until he returns to the United States at the end of the trip; 2) before leaving the United States each defendant must execute a waiver of extradition and waiver of bond (while in Barbados); and 3) upon arriving in Barbados, each defendant must report to the U.S. Consulate in that country. The United States Probation Office will release to Defendants the passports that they surrendered, and Defendants will be allowed to renew their passports, if necessary, and to obtain the required travel documents for the trip. The passports will be surrendered to the Probation Office at the conclusion of the trip, and the prior prohibitions on obtaining a passport or other international travel document, and traveling outside the continental United States, will reattach.

Accordingly;

**IT IS ORDERED** that the **Motion for Travel (Rec. Doc. 167)** filed by Defendants Irvin Mayfield and Ronald Markham is **GRANTED** as explained above.

April 2, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

**NEF: Magistrate Judge Janis van Meerveld**