UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 17-241 |
| IRVIN MAYFIELD | * | SECTION: "A" |

## O R D E R

The foregoing motion considered,

**IT IS ORDERED** that defendant Irvin Mayfield's Motion to Adopt defendant Ronald Markham's Motion to Suppress (ECF No. 144) is GRANTED.

New Orleans, Louisiana, this 9th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE