UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | * | SECTION: "A" |

### DEFENDANT'S MOTION TO TRAVEL FOR EMPLOYMENT

Defendants Irvin Mayfield and Ronald Markham, through undersigned counsel, respectfully move this Honorable Court for permission to travel for employment purposes. A memorandum in support of defendants' motion is attached hereto.

Respectfully submitted this 2nd day of July, 2019.

| | |
|---|---|
| CLAUDE J. KELLY<br>Federal Public Defender | SARA A. JOHNSON<br>Attorney at Law |
| /s/ Claude J. Kelly<br>CLAUDE J. KELLY<br>Federal Public Defender<br>500 Poydras Street, Room 318<br>Hale Boggs Federal Building,<br>New Orleans, Louisiana 70130<br>Telephone: (504) 589-7930 | /s/ Sara A. Johnson<br>SARA A. JOHNSON<br>700 Camp Street<br>New Orleans, Louisiana 70130<br>Telephone No. (504) 528-9500 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Dall Kammer, Assistant United States Attorney.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: n/a

/s/Claude J. Kelly
CLAUDE J. KELLY
Federal Public Defender