UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | * | SECTION: "A" |

**MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO TRAVEL FOR EMPLOYMENT**

Defendants Irvin Mayfield and Ronald Markham, through undersigned counsel, respectfully move this Honorable Court for permission to travel to Accra, Ghana, for seven days for employment purposes:

1.

On December 14, 2017, a grand jury indicted Mr. Mayfield and Mr. Markham. The United States Attorney's Office issued a summons to them for their initial appearance on these charges on January 4, 2018. That day, both defendants appeared voluntarily. The defendants were released on $25,000.00 unsecured bonds with multiple conditions. To date, the defendants have complied with all the conditions of their bonds. The defendants are professional musicians who make their living and support their families through their work in the music industry. This work involves not only the production of music but also live performances of their music.

2.

This Court previously granted the Defendants' request to travel to South Africa to play at the Soweto International Jazz Festival in June, 2018 and in June, 2019. *See* Doc. Nos. 42 and 186. Defendants traveled to South Africa and returned without incident. More recently, the Court permitted the Defendants' to travel to Barbados for five days to perform for the Royal Commonwealth Society of Barbados. *See* Doc. 169. The Defendants, again, returned to New Orleans without incident.

3.

The Defendants have been invited to perform at the Ghana World Music Fest in Accra, Ghana. (The full contract proposal is attached as Exhibit 1). They are scheduled to perform on two dates: **August 3, 2019 and August 4, 2019**. The distance necessitates that defendants travel several days before their performance, thus, Defendants request permission to travel July 31, 2019 to August 6, 2019. Flight details will be provided to and cleared by the United States Probation Office.

4.

Under Title 18, United States Code, Section 3142(b), the defendant **MUST** be released on personal recognizance or unsecured personal bond unless the judicial officer determines "that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community." On January 4, 2018, this Court determined that the defendants were worthy of such release. This conclusion has been confirmed by defendants' full compliance to date. Under Title 18, United States Code, Section 3142(c)(3), a judicial officer "may at any time amend the order

2

to impose additional or different conditions of release." This provision recognizes "the possibility that a changed situation or new information" may come to the attention of the court. One of the policies behind pretrial release is to allow a defendant to continue to carry on his business and earn a living while under indictment because he is, after all, presumed innocent.

4.

Defendants report that new information has arisen in the form of this work opportunity at the Ghana World Music Fest. Although the compensation for their performance will not be vast, it will certainly help Mr. Mayfield to continue to provide for his three minor children and Mr. Markham for his family. In addition, the commercial benefit, like all of the defendants' previous work around the country, results in immeasurable commercial benefit to the City of New Orleans.

5.

United States Probation Officer Amy Lapointe who currently supervises Mr. Mayfield has been informed of this request and has NO objection. United States Probation Officer Iris Contreras who currently supervises Mr. Markham has been informed of this request and has NO objection. The defendants will surrender their passports to their probation officers upon their return

6.

Assistant United States Attorney Dall Kammer was contacted regarding this motion. He stated: "The government maintains the same objections it raised when Mayfield/Markham requested to travel to South Africa and Barbados. However,

considering the Court's granting of the prior request, the government will not file an opposition here."

Respectfully submitted this 2nd day of July, 2019.

| | |
|---|---|
| CLAUDE J. KELLY<br>Federal Public Defender | SARA A. JOHNSON<br>Attorney at Law |
| /s/ Claude J. Kelly<br>CLAUDE J. KELLY<br>Federal Public Defender<br>500 Poydras Street, Room 318<br>Hale Boggs Federal Building,<br>New Orleans, Louisiana 70130<br>Telephone: (504) 589-7930 | /s/ Sara A. Johnson<br>SARA A. JOHNSON<br>Attorney at Law<br>700 Camp Street<br>New Orleans, Louisiana  70130<br>Telephone No. (504) 528-9500 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Dall Kammer, Assistant United States Attorney. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: n/a

<div style="margin-left: 3em;">

/s/Claude J. Kelly
CLAUDE J. KELLY
Federal Public Defender

</div>