

**AN AGREEMENT** is hereby made by and between the International Arts Solutions Inc. (referred to as "Purchaser) and Irvin Mayfield (Referred to as "Artist"). It is mutually agreed between parties, upon all the terms and conditions herein set forth, including those in the **"Additional Terms and Conditions GHANA WORLD MUSIC FEST Rider".**

1. NAME AND ADDRESS OF ENGAGEMENT: Fantasy Dome (Trade Fair)
   Accra, Ghana

**2. Compensation agreed upon:**

___~~$5,500~~___ 6,444

- Roundtrip airfare for ~~8~~ 6 people
- 4 star hotel (1 PERSON PER ROOM)
- Per Diem ($50 per person per day)
- Full Rider Requirements
- Line Check Only
- Ground Transportation

**3. Date(s)/details of Engagement:**

| Performance Date(s) | Stage Name ( if applicable) | Times (if applicable) |
|---|---|---|
| August 3rd or 4th 2019 | ~~TBD~~ AS PER ARTIST RIDER | TBD |

**4. Payment detail:**

**The Purchaser hereby engages the Artist according to the terms and conditions herein set forth of this agreement for a flat performance fee of $5,500.** This shall be paid in two increments. 1/2 upon full execution of agreement and balance date of event.

- 50% Due once full list of people traveling is submitted with names, DOB, copy of picture page of passport, W-9 and performance rider.
- 50% Due August 3, 2019

**All terms AGREED TO AND ACCEPTED BY:**

**Artist's Representative:** ______________________
(Same as W-9 IRS Form)

______________________
**Authorized Representative**
Producer: International Arts Solutions Inc.

Defendants Exhibit 1

**June 27, 2019**

Additional Terms and Conditions

GHANA WORLD MUSIC FEST

This GHANA WORLD MUSIC FEST ("Festival Rider") is made by and between Irvin Mayfield ("**Artist**") [(Artist and Producer as individually and collectively referred to herein as "**Artist**")] International Arts Solutions Inc. ("**Purchaser**") for Artist's live musical performance and other pre-performance and post-performance related marketing, digital, and promotional services, all as set out herein (collectively, "**Performance**") at the GHANA WORLD MUSIC FEST (the "**Festival**") taking place at the FANTASY DOME (the "**Venue**") in ACCRA, GHANA (the "**Event**"). The term "**Artist**" shall mean and include (i) an individual and/or the members of a solo act, performing group or band, and/or (ii) Artist or such Artist's other loan-out company, management company, and/or employees (as in touring crews), which is engaged to furnish his/her/their services under this Festival Rider, each as applicable.

This Festival Rider sets out the terms and conditions regarding Artist's Performance in connection with the Event.

**FESTIVAL RIDER CONTROLS**

It is understood and agreed that Purchaser engages Artist to provide the Performance in connection with the Event in accordance with the terms and conditions of this Festival Rider and any Artist agreement and Artist rider(s) (as and if applicable to which this Festival Rider may be attached) (any such Artist agreement, Artist rider(s) and addenda shall collectively be hereinafter referred to as the "Artist Agreement"). This Festival Rider is an essential part of the agreement between the parties. In the event, there is an Artist Agreement in place and there is a conflict or inconsistency between any of the terms of this Festival Rider and any terms of the Artist Agreement, the corresponding terms of this Festival Rider shall control.

**FEES / SETTLEMENT**

A location at Artist's performance stage will be provided for Artist's management and Purchaser's representative(s) to conduct settlement of the outstanding balance of the Fee (less any applicable deductions) following completion of Artist's live performance at the Event ("Settlement"). Settlement will occur only if Purchaser's representatives have received, in advance of Settlement, (i) Artist's W-9 and I-9 as may be required; (ii) this Festival Rider, completed and duly executed by Artist; (iii) the Artist Agreement, if and as applicable, duly executed by Artist. For safety and security reasons, there will be absolutely no cash payments, partial or full, available at Settlement. Check Settlements will occur following the actual completion of performance. All sums due to Artist shall be paid in the form of a standard bank check drawn on a bank account owned by Purchaser and shall be payable promptly after the completion of Artist's performance at the Performance as described in this Festival Rider. The fee paid to Artist under the Agreement is an all-in, flat-rate, buy-out fee, inclusive of all costs, and shall constitute full and complete compensation for all of Artist services rendered under this Agreement and all rights granted and obligations and restrictions undertaken by Artist hereunder. Except as otherwise specified in this Festival Rider, Artist shall be solely responsible for any and all costs incurred by Artist in connection with the Performance, the Festival and this Agreement, including, without limitation, all costs related to freight, shipping, travel, meals, telephone service and Internet service.

**MERCHANDISE / CD, VIDEO SALES ONLY**

All Artist merchandise (i.e., cassette tapes, compact discs, videos, DVD's ONLY; all other Artist merchandise items are prohibited, including but not limited to T-Shirts, program books, souvenirs or any other Artist product) ("Artist Merchandise") must only be sold through the Event's designated Event merchandisers ("Event Merchandisers") at the "GHANA WORLD MUSIC FEST Tent located at the Venue. For merchandising information, please send an email to: or call P u r c h a s e r sets the terms for allowing any artist to sell Event Merchandise (as defined above). Artist Merchandise will be sold from "doors open" to the public on the day of Artist's live performance until the last performance. No drop-off of product is accepted on the festival days.

Arrangements need to be made in advance to drop or ship product with the vendor. There are no payouts of any kind at the venue. All product sold on consignment will be paid by check, to be determined by Purchaser.

BLANK

Purchaser shall have and maintain the exclusive right to sell souvenir Festival programs and other Festival-related "festival style" merchandise for its own account and Artist grants Purchaser the exclusive right to sell such "festival style" merchandise embodying Artist's name and likeness, together with the names and likenesses of other artists appearing at the Festival and that refer specifically to the Festival by any means and through any channels. Without limiting the generality of the foregoing, the Event Merchandisers may sell an Event T-shirt inclusive of the Event logo, dates, the Venue, the Official Event Sponsors, and Artist Publicity Rights, along with other performing artists (in such number as elected by Purchaser), ("Event Merchandise"), as well as other merchandise designated by Purchaser ("Other Merchandise") during and after the Event (the "Artist Merchandise", "Event Merchandise" and "Other Merchandise" individually and collectively, "Merchandise"). Additionally, Purchaser shall have the right to
sell Event Merchandise at locations and via distribution mechanisms designated by Purchaser. With respect to all Event Merchandise (except as otherwise provided for above with respect to Artist's Merchandise), Purchaser, or its designee, shall have the sole and exclusive right, without obligation to Artist, to sell and distribute Merchandise at the Event, including the Event Merchandise and Other Merchandise, and Purchaser shall retain one hundred percent (100%) of the gross receipts resulting from the sale of all such Merchandise, including the Event Merchandise and Other Merchandise. No artist shall share in the Event Merchandise or Other Merchandise revenues.

**SPONSORSHIP & EVENT BANNERS**

Purchaser relies on corporate sponsorship to help present the Event. At the Event, the Stages will be branded with logos and designs for the Festival, with appropriate signage, banners, decals and other related promotional material affixed to the wings and at center stage for each of the performing areas of the Stages, as well as signage throughout the Event grounds, based upon contractual, non-negotiable requirements of any applicable sponsorship agreements. Purchaser reserves all right to determine the Event's official sponsorships (each, an "Official Event Sponsor" and collectively, the "Official Event Sponsors") and to place all Official Event Sponsor banners and signage throughout the Event grounds and upon the structures present at the Event as Purchaser shall determine in its sole judgment. Purchaser cannot allow Artist to have approval over any Event-related advertising, promotional or marketing materials, or include Artist's own sponsors within the Event, particularly given the significant number of artists presented at the Event. Artist may not put any logos, designs or trademarks of any of its own sponsors or any third-party entities on or around any portion of the Event grounds.

**ARTIST'S LIVE PERFORMANCE**

Purchaser's number-one priority at the Event is the safety of the fans. Artist agrees to play a positive role in the safety of all attendees and pay attention to and not encourage any activity that could result in injury or harm to any person, including without limitation throwing or projecting any objects from the stage. While Purchaser has a right to specify the live performance area within the Event for the Artist to perform, as well as the time and length of live performance and other general procedures and directions to help ensure an efficient and safe Event, the details and manner of the live performance are under the control of the Purchaser and Artist. Purchaser requests that as such, Artist be aware of and respect that the Event draws a crowd of varying ages and therefore extend courtesies to limit profanity and material that may otherwise be deemed inappropriate. Additionally, Purchaser requests that Artist be mindful of the Venue's imposed curfews. Purchaser shall have the right to require Artist to discontinue any activity constituting a violation of any federal/state statute, applicable city/municipal ordinances, Venue's rules and regulations, or directions of lawful authority. Artist agrees to be at the place of the live performance as stated in this Festival Rider or the Artist Agreement at least one hour before the Scheduled Performance Time so as to permit timely production.

Artist shall not (i) render any musical performance on the Venue premises in any area other than on the stage provided by Purchaser, (ii) verbally or nonverbally direct or encourage members of the audience to leave their assigned seating areas or take the stage, throw objects from the stage or verbally or nonverbally direct or encourage members of the audience to throw objects at or onto the stage, (iii) use vulgar or profane language during the Performance other than language contained in the lyrics of Artist's popular recordings, (iv) engage in controversial or incendiary discourse during the Performance, or (v) otherwise conduct himself or herself in any manner that creates or increases a risk of injury to third parties. If, as a result of Artist breaching any of the covenants in the preceding sentence, any claims of injury or damage are made against any Purchaser Indemnified Party, all such claims shall be subject to the Indemnification Clause.

Artist acknowledges that other artists are included in the program for the Festival and that no particular artist may interfere with the Festival program, schedule or presentation, all of which shall be under the sole control of Purchaser, and Purchaser may reasonably change

BLANK

the Scheduled Performance Time upon reasonable notice to Artist in order to accommodate unexpected events, including, without limitation, impending bad weather, the failure of Artist or other artists to arrive at the Venue as scheduled, other performances at the Festival being delayed, ending earlier than expected or later than expected. If Artist cannot be located or is otherwise not available to perform at the Scheduled Performance Time, then Artist shall be deemed to have failed to perform as scheduled shall not be paid. Purchaser and/or the lesser/operator of the Venue ("Operator"), shall have sole control over the operation of Venue and certain operating personnel, including but not limited to ushers, ticket vendors, security personnel, etc. Purchaser and/or Operator shall be responsible for controlling all entrances to, exits from, and passages within, the Venue, including doors and corridors into, through and out of the Venue. Purchaser shall also direct members of the audience to and from their seating, if and as applicable. Artist shall not give directions to Purchaser, and/or the Operator personnel as to sound levels, crowd control, security or any matters referred to in this Paragraph 14. Artist acknowledges and agrees that Purchaser shall not be responsible for any of the actions, omissions or negligence of the Operator.

**INDEPENDENT CONTRACTOR**

Purchaser on the one hand, and Artist on the other, each acknowledges and agrees that it/he/she is acting as an independent contractor in performing under this Festival Rider (and Artist Agreement, as applicable), and that nothing contained herein shall be construed as establishing an employer-employee, principal-agent, joint venture or partnership relationship between or among the parties. Artist acknowledges that it/he/she is not entitled to and shall not claim any of the rights, privileges, or benefits of an employee of Purchaser or Operator, including, without limitation, pension, welfare benefits, vacation, insurance benefits, termination or severance pay or other prerequisites by virtue of this Festival Rider, an Artist Agreement (as applicable and subject to Paragraph 1 above) or by virtue of Artist's Performance. Artist hereby releases any and all right, claim, or interest to any privileges or to any benefit, welfare plan or other employee plans or perquisites, including without limitation pension, welfare benefits, vacation or termination pay, provided by, or on behalf of, Purchaser or Operator to employees.

**INSURANCE**

Artist is responsible for obtaining all appropriate vehicle insurance, workers' compensation for its employees, if any, and commercial general liability insurance with coverage of not less than $1,000,000 per occurrence, and $2,000,000 in the aggregate (including contractual liability) to cover the acts or omissions of Artist and its employees. All coverage must be primary and not contributing to insurance coverage maintained by Purchaser. Purchaser's failure to request an insurance certificate as provided above shall be deemed a waiver of the other party's obligation to maintain such insurance.

**FORCE MAJEURE**

Artist acknowledges that the Event shall be conducted at an outdoor venue and Artist shall perform as scheduled "rain or shine" regardless of the weather conditions unless Purchaser determines that to do so would compromise the health and safety of Artist, Festival attendees or any employees or contractors, in which case any cancellation resulting from such weather conditions shall be deemed a Force Majeure Event (as defined below). If the Event is canceled due to an event of force majeure, including without limitation, riot, civil disorder, periods of national mourning, rebellions, bomb threat, war (declared or undeclared), terrorism, threat of terrorism or hostile wartime activity (or any security measures connected thereto), shut down of local or national transportation or communication facilities, natural disaster such as floods, tornadoes, hurricanes, or any occurrence beyond the control of Purchaser or Artist (each a "Force Majeure Event"), then both Artist and Purchaser shall be relieved of their respective obligations and any liability to the other hereunder. Neither Artist nor Artist's representative(s) shall have any claim against Purchaser in the event the Event is canceled as a result of a Force Majeure Event. In the event of any cancellation of the Event as a result of a Force Majeure Event, Purchaser and Artist shall cooperate in good faith for thirty (30) days following such Force Majeure Event to establish an alternative date for Artist's Performance, provided that neither party shall be found in breach hereof if the parties are unable to find an alternative date (but any deposits or other monies advanced for Artist's Performance shall be reimbursed to Purchaser). In the event of cancellation of Artist's live Performance due to an Artist's serious illness, Artist shall furnish Purchaser with a letter from Artist's physician specifying Artist's condition and the anticipated length of Artist's incapacity so that a replacement artist may be secured. Notwithstanding the foregoing, in all cases of cancellation resulting from a Force Majeure Event, Artist shall immediately return to Purchaser any amounts previously advanced to Artist hereunder and no further obligation shall exist between the parties.

↑ UNLESS ARTIST IS ALREADY PRESENT IN COUNTRY

BLANK

b.      If Artist fails to perform as scheduled for any reason other than those described above, Artist shall return to Purchaser within (10) days after the Performance date all sums received by Artist and or Artist's representatives in connection with this event. Further, unless Artist's failure to perform is the result of a Force Majeure (as defined above) or a Bona Fide illness (as defined above), Artist shall pay to Purchaser a sum determined in good faith by Purchaser to compensate Purchaser for all losses and damages suffered by Purchaser as a result of Artist's failure to perform ("Nonperformance Damages"), including, without limitation, a portion of Purchaser's costs incurred in connection with the advertising and promotion of the Festival reasonably related to Artist's relative presence on the bill of artists scheduled to perform at the Festival.

**TERM / TERMINATION RIGHTS**
The term of this Festival Rider shall commence as of the Effective Date and end on the completion of Artist's performance and duties hereunder.
Purchaser shall have the right to terminate this Festival Rider and any Event-related agreement with Artist immediately if Artist (i) commits any act that constitutes a criminal offense under applicable law or statute; (ii) pleads no contest with respect to any criminal offense; or (iii) commits any act that, in Purchaser's sole reasonable judgment, is obscene or highly offensive; brings Artist into public disrepute; or impairs, impugns, denigrates or disparages the name, reputation or business interests of the Festival, Purchaser, or any of their owners, sponsors, partners or affiliates.

If Artist is not available to perform, Purchaser has the right, in its sole discretion, to reassign Artist to a different time slot of the Event's program, and such rescheduling shall not limit any of Purchaser's other rights and remedies provided hereunder.

**RELEASE / WARRANTIES / REPRESENTATIONS / INDEMNIFICATION**
Artist hereby represents and warrants that Artist is the sole and exclusive employer of Artist and all persons rendering services under Artist's control (e.g., Artist's musicians, background vocalists, choreographers, dancers, etc.) (collectively, "Artist Employees") and that each of the Artist Employees (including Artist) is a party to binding written and fully executed employment agreements with Artist under which Artist has the exclusive right to direct Artist Employees regarding the rendering of his or her services in connection with the Performance (including the preparation thereof) and the unconditional and unencumbered right to grant to Purchaser all rights of any nature in and to the results and proceeds of such services. Artist shall cause Artist and all Artist Employees and invited guests of Artist and Artist Employees to comply with all directives of the Purchaser in regard to health, safety and security matters. Artist hereby expressly assumes all risk inherent to the rendition of the Performance hereunder, and release Purchaser from all liability arising out of such Performance, including, without limitation, risk of injury to Artist, Artist Employees, invited guests and their personal property (e.g. equipment) while at the Event, except for and to the extent any liability is due solely to the gross negligence of Purchaser. Artist assumes financial responsibility for damage to the Venue, equipment or property of Artist, Purchaser, Artist Employees or any of their invited guests, except for and to the extent due solely to the gross negligence of Purchaser. If Artist, or any Artist Employee or any of their respective invitees, guests, employees or independent contractors shall cause any damage or injury to persons or property in connection with the Event or the Performance, the Artist shall be solely responsible for compensating the person or entity that suffers such loss and shall indemnify, defend and hold harmless Purchaser against any and all claims, liabilities, losses, damages, costs, and expenses arising therefrom or related thereto.
Artist hereby warrants and represents that it/he/she/they has/have the full right and power to enter into and fully perform their respective obligations under this Festival Rider (and Artist Agreement, as applicable), and that Artist has the full right, authority and power to sign on behalf of Artist. Artist hereby warrants and represents that it/he/she/they have the actual authority to grant the rights necessary to fulfill the obligations and grant the rights described in this Festival Rider.
Artist agrees to indemnify, defend and hold harmless Purchaser, Operator and their respective parents, owners and affiliates, and each of their respective employees, owners, officers, directors, agents, representatives, successors and assigns, from and against any and all claims, demands, liabilities, losses, expenses, causes of action and/or judgments (including the payment of reasonable attorney fees and expenses) arising out of, or in connection with, (i) Artist's and/or Artist's breach or alleged breach of any representation, warranty, covenant or agreement made herein, (ii) the intentional or negligent acts or omissions of Artist and their respective employees, subcontractors, invited guests, agents and assigns; or (iii) any and all claims for withholding and/or employment taxes made under any law or regulation of the United States (including, without limitation, federal/state/municipal
income, entertainer and non-resident alien tax withholdings, FICA, Disability Insurance and FUTA  payroll taxes), as well as any and all claims for penalties and/or interest asserted in connection therewith, attributable to any payments made by Purchaser.
Purchaser agrees to indemnify, defend and hold harmless Purchaser, its employees and agents from and against any and all claims, demands, liabilities, losses, expenses, causes of action and/or judgments (including the payment of reasonable attorney fees and expenses) arising out of, or in connection with (i) Purchaser's breach or alleged breach of any representation, warranty, covenant or agreement made herein, or (ii) the  intentional or negligent acts or omissions of Purchaser, its employees or agents.
The indemnities contained herein shall survive the expiration or early termination of this Festival Rider.

**COMPLIANCE WITH LAWS**
Artist shall comply with all applicable laws, rules, regulations and ordinances of the  TBD                 , and the United States, including all laws, insurance requirements and regulations regarding the safety and operation of vehicles in the state of Louisiana. Artist and all Artist Employees shall comply with all directives of the Purchaser in regard to health, safety and security matters. Any breach of this provision by Artist or Artist Employees shall be grounds for Purchaser's immediate termination of this Agreement.

BLANK

Artist shall be responsible for all taxes, levies, assessments, or other government fees (including any withholding), now or hereafter imposed, on any payments to Artist under the Agreement. Artist agrees to indemnify and hold harmless Purchaser from all such taxes, levies, assessments, or other governmental fees, including any withholding, that may be imposed on any payments to Artist under this Agreement

**PROMOTIONS, PRESS PROCEDURES AND THIRD PARTY RECORDING GUIDELINES**
Use of Artist Publicity Rights. Artist hereby grants and conveys to Purchaser all rights and licenses necessary for Purchaser and the Official Event Sponsors to use Artists' portraits and photographs, name, likeness, biographical material, performance, voice, copyrights and trademarks (the "Artist Publicity Rights"), and at least five minutes (5:00) of the Performance Footage (as defined below), for promotional, advertising and commercial purposes in any and all media, in order to publicize, promote and market the Event as Purchaser shall determine in its sole discretion, as well as for use before, during and after the Event (consistent with the terms hereunder) and within the Digital Initiatives and Festival Broadcast, including without limitation in an audiovisual advertisement for the Event (full length and cut-down spots) for use in any and all television, radio, internet, closed circuit, point-of-purchase, mobile device and other broadcast and web media.

BLANK

of Live Performance/ Uses Purchaser shall make, at its sole expense, audio, audiovisual and photographic recordings of the entire Event, including Artist's live musical performance at the Event ("Performance Footage"), for insurance, promotional and advertising purposes. Purchaser has the right to project Artist's Performance Footage (in whole or in part) onto video screens located throughout the Venue. Artist grants Purchaser publicity consents (and whatever copyrights it possesses) to use the Performance Footage for the following promotional and/or commercial uses, inclusive of all authorizations, consents, rights and licenses necessary for the unencumbered use of the Performance Footage throughout the universe (subject to Purchaser's obtaining required music synchronization licenses, as and if applicable).

Purchaser is granted full rights to perform, exhibit, distribute, display, transmit and broadcast the Performance Footage, streamed on a live and/or on a delayed basis, as edited by Purchaser, in a non-downloadable format over the Internet, wireless, mobile network, WAP platform, or other distribution channel designated by Purchaser, whether now known or hereinafter developed ("Distribution Channels"). Purchaser is granted full rights to use and edit songs from the Performance Footage (the "Artist Performance Songs") (the song titles to be selected as set out herein) for transmitting, exhibiting, performing, distributing, displaying and broadcasting separately and/or with the Event Interview and the B-Roll Footage (as defined below), in whole or in part, for use (i) from streamed on-demand archives on the Distribution Channels designated by Purchaser in a non-downloadable format ("Digital Initiatives"), and/or (ii) as part of a "Live from New Orleans Jazz & Heritage Festival" show that is broadcast, telecast, webcast, podcast and/or otherwise distributed through the Distribution Channels (the "Festival Broadcast"), and/or (iii) as part of in-context advertising and promotion of the Event, the Festival Broadcast and Digital Initiatives. Artist agrees that Purchaser may, in exploiting the rights granted to it in the preceding sentence, exhibit, broadcast, distribute, display, and/or transmit the Artist Performance Songs in any and all media and formats whether now known or hereinafter developed. To the extent Artist notifies Purchaser of pre-approved song titles prior to Artist's live musical performance of songs at the Event, Purchaser will select the Artist Performance Songs from the Artist pre-approved song titles for inclusion in the Festival Broadcast. Otherwise, Purchaser shall select the songs from the songs performed by Artist at the Event. Artist shall provide Purchaser's designee with the list of songs performed by Artist at the Event ("Set List") prior to or at Settlement.

B-Roll Footage Purchaser is hereby granted full rights to create, at its sole cost and expense, audio and audiovisual recordings of Artist's back stage preparations and other "behind the scenes" moments (as mutually agreed upon) that occur before, during and/or after the Event (subject in each instance to Artist's contractual limitations and pre-approval) (collectively, "B-Roll Footage"). Purchaser is granted full rights to use the B-Roll Footage for commercial, advertising and promotional purposes separately and/or in conjunction with the Performance Footage, Artist Performance Songs, and/or Event Interview, in whole and in part, in the Digital Initiative and/or as otherwise determined by Purchaser. Except as set forth in Section 2 above, Artist shall have the right to two (2) business days to pre-approve the B-Roll Footage. Once the B-Roll Footage is approved, Purchaser may use it in any of the aforementioned purposes set forth in the preceding sentence without obtaining any further approval from Artist. Artist's failure to provide feedback within such two business day period shall deem the b-roll footage approved for the use requested by Purchaser.

The following outlines the standard procedures and guidelines Purchaser will issue to all press in attendance at the Event, as modified at Purchaser's discretion: (i) there will be no unauthorized taping. If Artist has an open taping policy, Purchaser asks that this policy be prohibited at the Event. Audio recording devices will not knowingly be allowed entry into the Event; (ii) still photography is permitted at the Event by festival patrons and press. Press still photography will be allowed for the entire performance unless directed in advance; (iii) Videotaping will be allowed for two (2) minutes of two (2) songs of Artist's live Performance for news and non- commercial use

and/or Purchaser's promotional use; (iv) Unauthorized recorders will have their recording devices confiscated until after the live performances. Film, tapes and discs will not be returned; (v) No press will be allowed backstage without official clearance by the Purchaser;

BLANK

and (vi) Failure to comply with the above stated guidelines and procedures will result in confiscation of press credentials and/or removal from the Event.

Purchaser shall have the unlimited right to make live concurrent broadcasts of the Performance on video and television screens located in the Venue.

Artist shall provide pre-approved pictures, audio clips from Artist's CD/DVD or digital library, and video clips of Artist's concert footage for Purchaser's use in all media.

Unless otherwise agreed in writing by Purchaser or otherwise directed by Purchaser, the Artist shall receive Festival billing in Festival press releases, advertisements and other publicity for the Event.

PASSES AND CREDENTIALS

Purchaser shall have the exclusive right to issue all Venue entrance passes, parking passes, and backstage passes for the Performance. No other passes will be honored. Passes are valid for days of performance only; tickets and passes for other event days will not be provided.

**VEHICLES AND PARKING**

Parking will be provided for the day of the Performance only. Any vehicle parked at the Venue will be parked at the owner's risk and shall be and remain the owner's responsibility.

**FESTIVAL DRESSING ROOMS/CATERING**

Ghana World Music Festival will supply the Artist with a room/series of rooms within one of the office trailers used on the field as dressing rooms. Each trailer has one bathroom, tables, chairs and closet facility.

Light cold Festival catering and drinks will be provided as a part of this contract. No "dinner buyouts" or "bus catering" are provided.

Purchaser agrees to provide a reasonably securable area for storage of Artist's personal property. Notwithstanding the foregoing, Purchaser shall assume no responsibility for such personal property and Artist shall be solely responsible for hiring any necessary personnel to monitor and secure Artist's personal property.

**TECHNICAL FORMAT**

Standard festival backline gear shall be provided. All requests for backline gear must be made in writing by filling out the Ghana World Music Festival Information sheet or by submitting artist's technical backline gear rider. Final confirmations of backline must be made two (2) weeks prior to the festival with the festival stage department. Purchaser will provide professional sound and lighting systems to Purchaser's specifications. Our Stage Production Director is . To advance technical specifics, contact.

Due to the nature of the Festival, there may not be sound checks for the Performance. Purchaser shall determine whether or not there will be a sound check for the Performance in its sole discretion. Line checks are permitted.

Due to the nature of the Festival, Artist agrees to comply with and adhere to dedicated sound level limits of both volume and bandwidth. Said levels will be determined and monitored by the Purchaser's Festival Production staff. All sound level limits will be provided during the technical advance.

17. **MUSIC DEPARTMENT PRODUCTION STAFF**

Any additional questions or concerns regarding performances can be addressed by our Music Department Production Staff.

BLANK
JT