UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### ORDER CHANGING HEARING TIME

**IT IS ORDERED** that the evidentiary hearing set for **Wednesday, October 2, 2019** on Defendants' motion to suppress shall begin at **9:00 a.m.**

September 30, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE