UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 10)

On November 19, 2019, the Court held a telephone conference with the following counsel in attendance: Dall Kammer, Ted Carter, and Brandon Long for the Government; Claude Kelly and Celia Rhoads for defendant Irvin Mayfield; attorney Warner Thompson also participated on behalf of Irvin Mayfield; Sara Johnson for defendant Ronald Markham. The Court set the conference at the request of the Government to address deadlines in light of the fast-approaching trial date.

Mayfield moved the Court for a continuance of the trial date. Markham did not object. The Government objected to continuing the trial from its current setting (January 21, 2020). The Court was persuaded, however, that a relatively short continuance of the trial date would be appropriate in order to allow Defendants to prepare for the trial, which is anticipated to last three weeks.

The floating deadlines contained in the parties' joint scheduling order (Rec. Doc. 138) will govern.

Accordingly;

**IT IS ORDERED** that the pretrial conference, currently set for **January 6, 2020**, is **CONTINUED** to **Thursday, June 18, 2020, at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the three (3) week jury trial in this matter,

currently set for **January 21, 2020**, is **CONTINUED** to **Monday, July 13, 2020, at 8:30 a.m.** The Defendant's request for a trial continuance is granted after explicitly finding that the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial. This finding is made pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv). It is specifically found that failure to grant such a continuance, in the case when taken as a whole, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    **IT IS FURTHER ORDERED** that the status conference set for **Thursday, December 17, 2019** is **CANCELLED**.

\* \* \* \* \* \* \*