UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### ORDER RE-SETTING STATUS CONFERENCE

**IT IS ORDERED** that the status conference BY TELEPHONE with the Court set for **May 28, 2020** is reset for **Thursday, June 4, 2020, at 11:15 a.m.** The Court will email the call in/video link information directly to counsel.

May 28, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE