UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 15)

On December 9, 2020, the Court held a telephone conference with the following counsel in attendance: Dall Kammer and Ted Carter for the Government; Claude Kelly and Celia Rhoads for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham.

In light of the upcoming holidays, the Court sua sponte extended the deadline for the Probation Officer to produce the presentence investigation reports. The new deadline is **Friday, January 8, 2021**. All parties consented to this brief extension.

The Court scheduled a follow-up telephone conference to take place after all parties have received the reports.

Accordingly;

**IT IS ORDERED** that a status conference with the Court is set for **Tuesday, January 19, 2021, at 11:15 a.m.** BY TELEPHONE. The call in information will be emailed to counsel prior to the conference.

\* \* \* \* \* \*