UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 30)

On February 2, 2021, the Court held a telephone conference with the following counsel in attendance: Dall Kammer and Ted Carter for the Government; Claude Kelly for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham.

The parties have received the Probation Officer's draft presentence investigation reports. The Court extended the deadline to submit objections to **March 1, 2021**; responses to objections are due by **March 15, 2021**.

The parties continue to consider the draft PSRs to determine if witnesses will be called at the sentencing hearing. Such witnesses may include experts. So that all parties can properly prepare for the sentencing hearing the Court set the following deadlines: Not later than 2 weeks from today, Defendants shall produce to the Government and the Court their list of witnesses to be called at the sentencing hearing. The list will include a brief summary of each witness's testimony.

Two weeks later the Government shall produce to Defendants and the Court its witness list in response to the Defendants' lists, again with a brief summary of each witness's testimony.

As to all lists, they are preliminary only and they shall not be made public. The Court will have them filed into the record under seal. None of the witnesses on these

1

preliminary, sealed lists will be contacted or interviewed by any other party without leave of Court first obtained. Expert reports, if any, will not be due at this time.

The Court scheduled a follow-up telephone conference to discuss the status of potential witnesses, deadlines for expert reports, and an appropriate date for the sentencing hearing.

Accordingly;

**IT IS ORDERED** that a follow-up status conference with the Court is set for **Thursday, March 18, 2021, at 10:45 a.m.** BY TELEPHONE. The call in information will be emailed to counsel prior to the conference.

**IT IS FURTHER ORDERED** that the sentencings set for **Tuesday, February 9, 2021** are cancelled.

* * * * * *

*[signature: Jay C. Zainey]*