UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## MINUTE ENTRY (JS-10: 50)

On April 8, 2021, the Court held a status conference with the following counsel in attendance: Dall Kammer, Ted Carter, and Rachel Cassagne for the Government; Claude Kelly, Celia Rhoads, and Warner Thompson for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham.

The parties have submitted their objections to the Probation Officer's draft presentence investigation reports, which as yet the Court has not received or reviewed. All parties agreed that it would be helpful for the Court to obtain a copy of each defendant's draft PSR. The Court agreed to do so and will review them prior to the next status conference.

The Court scheduled a follow-up status conference to discuss the status of potential witnesses, deadlines for expert reports, and an appropriate date for the sentencing hearing.

Accordingly;

**IT IS ORDERED** that a follow-up status conference with the Court is set for **Tuesday, May 4, 2021, at 10:30 a.m.** IN CHAMBERS.

* * * * * * *