UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 30)

On May 4, 2021, the Court held a status conference with the following counsel in attendance: Dall Kammer, Ted Carter, and Rachel Cassagne for the Government; Claude Kelly, Celia Rhoads, and Warner Thompson for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham.

Defendants shall produce to the Government their accountant's PowerPoint slides (with proper citations to the evidence) no later than **June 1, 2021**.

At the next status conference the Government will advise the Court whether and how it will respond to Defendants' accounting expert.

Accordingly;

**IT IS ORDERED** that a follow-up status conference with the Court is set for **Tuesday, June 15, 2021, at 11:00 a.m.**

\* \* \* \* \* \* \*