UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | DOCKET NO.: 17-CR-241 |
| v. | SECTION: A |
| IRVIN MAYFIELD<br>RONALD MARKHAM | MAGISTRATE: 1 |

# O R D E R

Considering the Motion to Deposit Restitution Payments Made Before Sentencing into the Registry of the Court;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court – Financial Unit hold on deposit Irvin Mayfield and Ronald Markham's restitution payments made before sentencing, pending further orders from this Court.

IT IS FURTHER ORDERED that any payments referred to above shall be made payable to and sent to: Clerk of Court -- Financial Unit, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, and shall include the criminal case number 17-CR-241 and the defendants' names.

6/4/21

United States District Judge