UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## MINUTE ENTRY (JS-10: 15)

On September 23, 2021, the Court held a telephone status conference with the following counsel in attendance: Dall Kammer for the Government; Claude Kelly for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham.

The Court scheduled the telephone conference because the deadline for the parties to submit sentencing memoranda was extended to October 12, 2021 due to Hurricane Ida. (Rec. Doc. 285, Order). This new deadline falls after the current date scheduled for the sentencings, October 6, 2021.

Defendants' sentencings are reset from **October 6, 2021** to **Wednesday, November 3, 2021, at 10:00 a.m.**

\* \* \* \* \* \* \*

**cc: United States Probation Office**