UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

VERSUS                                          17-241

IRVIN MAYFIELD                                  SECTION "A" MAG. 1
RONALD MARKHAM

## ORDER

**IT IS ORDERED** that the seal pertaining to the Motion for Recommendation to Bureau of Prisons (Rec. Doc. 299) and the Recommendation (Rec. Doc. 300) be lifted and that these documents be UNSEALED.

**IT IS FURTHER ORDERED** that the Clerk shall append the Recommendation to the Judgment (Rec. Doc. 302) pertaining to Mayfield.

November 9, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE