# FEDERAL PUBLIC DEFENDER
## EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, SUITE 318
HALE BOGGS FEDERAL BUILDING
### NEW ORLEANS, LOUISIANA 70130

**Claude J. Kelly**
  Federal Public Defender
**Valerie Welz Jusselin**
   First Assistant Defender
**Samuel J. Scillitani**
**Jerrod Thompson-Hicks**
**Celia C. Rhoads**
**Samantha J. Kuhn**
**Warner B. Thompson**
**Annalisa Mirón**
   Assistant Federal Public Defenders
**Maura M. Doherty**
   CJA Coordinating Attorney
**Ada A. Phleger**
   Research and Writing Attorney

**TOLL FREE (800) 296-4046**
**TELEPHONE    (504) 589-7930**
**FAX    (504) 589-2556**

November 19, 2021

The Honorable Jay C. Zainey
United States District Court
500 Poydras Street, Room C455
New Orleans, LA   70130

**RE:    USA v. Irvin Mayfield and Ronald Markham**
             <u>USDC No. 17-241 "A"</u>

Dear Judge Zainey:

On November 12, 2020, we reported to the Court and the United States Attorney's Office federal court rule violations, as well as circumstantial evidence of possible criminal violations. As we expressed at the time, that conduct made us concerned both about our clients' safety and the safety of FPD staff. We are re-attaching that letter and appended photographs. We understand it is not the Court's duty to investigate misconduct occurring outside its presence, but believe Your Honor would like to be aware of the situation, particularly in light of your expressed concerns at the sentencing hearing on November 3, 2021. Our letter in 2020 was met with silence by the government. The harassing mail to Mr. Markham's house has not stopped. In fact, since sentencing, the individual or individuals who have been stalking the Markham family appear to have been emboldened, increasing the frequency of harassment and vandalizing their property.

Last week, the Blackhouse studio in Tremé was vandalized at night. Blackhouse was not on the public's radar until the sentencing hearing. As you recall, we showed pictures of the studio and talked about the public service work Mr. Mayfield and Mr. Markham have done there since the indictment. This past Sunday, Mr. Markham's wife's car was vandalized in front of their family home. The markings at Blackhouse and on her car are identical, so it is clear that they are connected. We have attached pictures showing the damage to the studio and the car.

We are disturbed and frightened that the harassment of our clients has escalated. As this Court knows, when they report to jail, both will leave behind family, some of whom are extremely vulnerable. We hoped that sentencing would mark the end of the harassment, but that is not the

Honorable Jay C. Zainey
November 19, 2021
Page 2

case. Our clients have legitimate concerns about what will happen in the future, before their self-surrender, during their sentences, and after their release.

We do not take lightly threats to our clients and their families. We are disappointed that the United States Attorney's Office did not respond to or investigate our report made a year ago. Our clients and staff are just as deserving of safety and protection as anyone else in our district.

Thank you very much.

Sincerely,


*/s/ Claude J. Kelly*                              */s/ Sara A. Johnson*
CLAUDE J. KELLY                              SARA A. JOHNSON
Federal Public Defender                        Attorney for Ronald Markham
Attorney for Irvin Mayfield


cc:    The Honorable Karen Wells Roby, Chief Magistrate Judge
       Duane Evans, Interim United States Attorney
       Scott P. Illing, United States Marshal








ATTACHMENT A

# FEDERAL PUBLIC DEFENDER
## EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, SUITE 318
HALE BOGGS FEDERAL BUILDING
### NEW ORLEANS, LOUISIANA 70130

---

**Claude J. Kelly**
  Federal Public Defender
**Valerie Welz Jusselin**
**Samuel J. Scillitani**
**Jerrod Thompson-Hicks**
**Maura M. Doherty**
**Celia C. Rhoads**
**Samantha J. Kuhn**
**Warner B. Thompson**
  Assistant Federal Public Defenders

TOLL FREE (800) 296-4046
TELEPHONE    (504) 589-7930
FAX          (504) 589-2556

November 12, 2020

Honorable Jay C. Zainey
United States District Court
500 Poydras Street, Room C455
New Orleans, Louisiana   70130

      **RE:   USA v. Irvin Mayfield**
           **USDC No. 17-241 "A"**

Dear Judge Zainey:

I feel an obligation to bring a matter to your attention related to the Mayfield/Markham case that has caused me a great deal of concern, both for my client and for my FPD employees. I am copying Assistant United States Attorneys Dall Kammer and Ted Carter on this email so they are aware of this issue as well.

After viewing media coverage of the re-arraignment hearing on Tuesday, I noticed that a woman named Dixon Stetler sat in the front row of the courtroom and then spoke extensively and dogmatically to reporters about the case outside of the courthouse after the plea. I was somewhat puzzled by this, as Ms. Stetler is not associated with the New Orleans Public Library Foundation, the New Orleans Jazz Orchestra, or any other organization with a direct interest in this case, and I had not seen her name at any point in the course of our representation. Instead, she is apparently associated with a separate, private organization, "Friends of the New Orleans Public Library." I was surprised by her fervor and claimed knowledge of the case, so I asked my staff to look into the issue.

A cursory google search of Ms. Stetler uncovered a large number of disturbing social media posts targeted at Mr. Markham and Mr. Mayfield, and a pattern of obsessive behavior beginning less than a year from the time she apparently moved to New Orleans in 2014. As you recall, the major events of this case occurred from 2011 to 2013. Among those posts was a photograph that Ms. Stetler took and uploaded to Instagram on January 4, 2018, while attending Mr. Markham and Mr. Mayfield's initial appearance in Judge Knowles's

<span style="color:red">**ATTACHMENT B**</span>

Honorable Jay C. Zainey
November 12, 2020
Page 2

courtroom. That post, which I have attached to this email, shows that Ms. Stetler sat directly behind (and in concerning proximity to) Mr. Mayfield and Mr. Markham, as well as FPD employee Barbara Daigle. I am shown in the photograph as well, as is retired court employee David Stechman. Ms. Stetler accompanied the photograph with a derisive caption. Her actions plainly violated Rule 53 of the Federal Rules of Criminal Procedure, as well as this Court's Security & Electronic Devices Policy—both of which bar the use of cameras in courtrooms.

That post appears to be a part of a much broader, years-long trend spanning from approximately 2015 to the present. I have attached a sample of some of the more concerning public posts, which include photographs of Ms. Stetler outside of Mr. Mayfield's personal business and the New Orleans Jazz Market, making obscene gestures. I have also included a Twitter post in which she harassed Mr. Mayfield on social media, as well as numerous other examples of her concerning conduct.

Particularly chilling are social media posts showing that Ms. Stetler had professionally printed postcards made about this case and then distributed them around town, including placing them in a New Orleans police vehicle. I was particularly concerned about these posts because, for years, someone has been sending hostile and threatening postcards to Mr. Markham, his wife, and two children at their home address. These professionally printed cards have arrived in a steady stream since the case began. I have attached three examples, although Mr. Markham and his family received over 100 during the course of this litigation. We previously had been unable to identify the individual who had been harassing Mr. Markham and his family at their home, but based on Ms. Stetler's social media posts and the similarity of the wording of the cards to Ms. Stetler's various diatribes to the media, I now suspect that she may be responsible.

That suspicion has been heightened by the events of this week. In her quote to the New Orleans Advocate on November 11, 2020, Ms. Stetler focused on Mr. Markham: "We can finally move forward.   There is officially a bad guy.   I've waited for years for him to say that he was guilty.   I've waited for years for Ron to say that he was guilty." Alarmingly, the Markham family has received 21 new postcards in the mail since the guilty plea on Tuesday, all of which simply read "GUILTY." The dozens of postcards that preceded the guilty plea also read "GUILTY" along with a command to: "CONFESS!"

I admit to perhaps being overly cautious when it comes to client and staff safety. Approximately one month ago, my client, who also was involved in a fraud case that garnered massive media detention, was murdered. (Cornelius Garrison, Case No.   20-92). In that matter, my client expressed concerns about his safety and, perhaps, law enforcement was not cautious enough. Additionally, this Court may recall the case of *United States v. Guillory*, Cr. No. 16-32, which also concerned the murder of a defendant in a fraud case.

Honorable Jay C. Zainey
November 12, 2020
Page 3

Of course, members of the public are entitled to their opinions and to express them openly, but I do believe that Ms. Stetler is an outlier and does not fall within the standard category of individuals with an interest in this case. Here, there is a disturbing pattern of obsessive, vindictive behavior and a proven willingness to violate the law and rules of our Court. Therefore, I feel an obligation to make you aware of what we have learned since Tuesday morning.

Sincerely,


CLAUDE J. KELLY
Federal Public Defender





dixonstetler Feeling cute, idk might go to this rearranment

2d

aedono13 Nice shirt!!

2d   Reply

21 likes

2 DAYS AGO

Add a comment...   Post





## Comments

**irvinmayfieldjr**  2d

#Repost @haleyreinhart with @repostapp
· · ·

Been out here in New Orleans, Laying down a couple tracks & a bunch a background vox for @irvinmayfieldjr & his next record. 🎺 #privilege #thinblueline #blacklivesmatter #nola #jazz #funk #fusion

**avelene228**  2d

So great to see you 2 collaborating again. ☺️

**flatshanlon**  2d

Babes 😍😍

**dixonstetler**  now

You are a HORRIBLE person for stealing from the library.

---

**dixonstetler**

dixonstetler Couldn't help myself.

222w

8 likes

AUGUST 5, 2016

Add a comment...                                    Post





dixonstetler Screenshot from WWLTV story. http://www.wwltv.com/news/investigations/nojo-makes-preliminary-agreement-to-pay-back-new-orleans-public-library-foundation/187917323

#followyournola #nola #alwaysneworleans #showmeyournola #newinnola #igersnola

234w

28 likes

MAY 13, 2016

Add a comment...                Post



dixonstetler I'm hilarious.

248w

tebrake46 ????

248w   Reply

3 likes

FEBRUARY 9, 2016

Add a comment...                                                    Post




dixonstetler • Follow

...


dixonstetler So much hashtag fodder but I got nothing.

237w


yridea eeeeew

237w   Reply


tebrake46 Yuck

237w   Reply

susanszusa I am feeling very sick now.

237w   Reply


candypegram_art
#holdontighttoyourphone

   

3 likes

APRIL 24, 2016

Add a comment...

Post









🔒 mobile.twitter.com

← **Tweet**

**David Hammer** ✓
@davidhammerWWL

000

Dixon Stetler, executive
director of Friends of New
Orleans Public Library, says
she wants to see Irvin
Mayfield and Ronald
Markham serve the
maximum 5 years. @WWLTV

11/19/21   Follow

**dixonstetler** Yeahyourite
1d

**j_neary** 👏
1d  1 like  Reply

**houzenga** Saw you on the news
today
1d  1 like  Reply

**__tblack__** That's right!! 👏👏
👏👏
1d  1 like  Reply

**jenny_serpico** God can't believe
that is still going on...remember

♡ 💬 ✈                                    🔖

36 likes
1 DAY AGO

Add a comment...                          Post



Get our daily Morning
Headlines newsletter

**SIGN UP FOR FREE**

"We can finally move forward. There is officially a bad guy," she said. "I've waited years for him to say that he was guilty. I've waited years for Ron to say that he was guilty."





dixonstetler Follow

dixonstetler Autographed copy available for darts or toilet paper

131w

allyemoore You are the cutest

131w  Reply

29 likes

MAY 9, 2018

Add a comment...                    Post

# Comments



j_neary 👏

2d  1 like  Reply

**houzenga** Saw you on the news today

2d  1 like  Reply

**___tblack___** That's right!! 👏 👏 👏 👏 👏

2d  1 like  Reply

**jenny_serpico** God can't believe that is still going on...remember talking to you about it when I lived there..2016! Pre-Trump

2d  1 like  Reply

**peterpearson0330** Is the trial beginning?

8h  1 like  Reply

**dixonstetler** @peterpearson0330 it's finally done. All we are waiting for is the sentencing, February 9th.

2h  Reply