.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## ORDER

**IT IS ORDERED** that the Government shall respond to the NOPLF's **Petition to Adjudicate Interest in Seized Trumpet (Rec. Doc. 319)** by **May 20, 2022**. After reviewing the Government's response, the Court will decide whether supplemental briefing and/or a live hearing will be necessary.

April 19, 2022

_____
Judge Jay C. Zainey