# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO.: 17-241 |
| v. | * | SECTION: "A" |
| IRVIN MAYFIELD | * | JUDGE: JAY C. ZAINEY |
| | * * * | |

## ORDER

Considering the motion and brief of the United States ordering the Government to deliver the Subject Property to Petitioner, NOPLF, and for the reasons stated therein;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that based on the above findings, and in accordance with Fed. Rule Crim. P. 32.2(b)(1)(A) and 21 U.S.C. §853(n)(6), the defendant shall hereby forfeit to NOPLF:

> Monette B-flat Trumpet, model Prana Raja P3STC, engraved 24K brushed gold plating.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e), and that upon adjudication of any third-party interests, the Court shall enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(2), in which all interests shall be addressed.

New Orleans, Louisiana, this __24th__ day of May, 2022.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE