UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 17-CR-00241 |
| VS. | * | SECTION: "A" |
| IRVIN MAYFIELD | * | MAGISTRATE ( ) |

\* \* \*

**O R D E R**

Considering the foregoing Motion to Withdraw Record Document Numbers #323 and #324 and all accompanying documents filed by the United States of America,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED** and Rec. Docs. #323 and #324 and all accompanying documents are hereby withdrawn and will remain permanently sealed.

New Orleans, Louisiana, this  11th   day of ____October____ , 2023.

_____
UNITED STATES DISTRICT JUDGE