UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 17-CR-00241 |
| VS. | * | SECTION: "A" |
| IRVIN MAYFIELD | * | MAGISTRATE ( ) |

\* \* \*

## ANSWER OF THE GARNISHEE

_W. Colin Lyddan_ HEREBY STATES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES:

That he/she is the (*state Official Title*) _Compliance Manager_ of Garnishee, JANUS HENDERSON ~~INVESTORS~~ _Services_ US LLC, a corporation, organized under the laws of the State of _Colorado_ and doing business in the State of Louisiana.

On _October 18, 2023_, Garnishee was served with a Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

Yes  No

\_\_  ✓  1. Defendant, Irvin Mayfield, receives/received payment(s) from JANUS HENDERSON ~~INVESTORS~~ _Services_ US LLC.

2. Payments are \_\_ weekly, \_\_ bi-weekly, \_\_ semi-monthly, \_\_ monthly.

- 1 -

3033364471 Case 2:17-cr-00241-JCZ-JVM   Document ID: 112000051584   Page: 13
10/20/2023 9:52:43 AM MDT   PAGE 13/016   Fax Server
Case 2:17-cr-00241-JCZ-JVM   Document 333   Filed 11/16/23   Page 2 of 5
Case 2:17-cr-00241-JCZ-JVM   Document 328-4   Filed 10/11/23   Page 2 of 4

Enter date present pay period began:

__N/A not an employee__ (Present means the pay period in which this order and notice of garnishment were served).

Enter date above pay period ends:

__N/A Not an employee__

3. Enter amount of net payment. Calculate below:

   (a) Gross Pay              $ N/A

   (b) Federal income tax     $ N/A

   (c) F.I.C.A. tax           $ N/A

   (d) State income tax       $ N/A

   Total of tax withholdings  $ N/A

   Net Payment                $ N/A
   (a less total of b,c,d)

✓ ___ 4. Have there been previous garnishments in effect? If the answer is yes, describe below and include the amount.

_____

_____

✓ ___ 5. The Garnishee presently has custody, control or possession of the following property, in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Roth IRA | $1,134.97 | Account Owner |
| 2. | | |

- 2 -

3. _____ _____ _____

4. _____ _____ _____

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ N/A | N/A |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

6. The Garnishee had custody, control or possession of the following property, in which the Debtor maintained an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

The last activity related to this property occurred on _____ and is described as

_____

_____

PAGE 14/16 * RCVD AT 10/20/2023 10:52:37 AM [Central Daylight Time] * SVR:WNPFXESSAWDOT05/1 * DNIS:2214731 * CSID:3033364471 * ANI: * DURATION (mm-ss):11-18

3033364471 Case 2:17-cr-00241-JCZ-JVM Document 333 Filed 11/16/23 Page 4 of 5
10/20/2023 9:52:43 AM MDT PAGE 15/016 Fax Server
Document ID: 112000054584 Page 15

Case 2:17-cr-00241-JCZ-JVM Document 328-4 Filed 10/11/23 Page 4 of 4

The Garnishee mailed a copy of this answer by first-class mail to: (1) the Debtor, Irvin Mayfield, Social Security Number \*\*\*-\*\*-0528, whose last known address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and (2) the attorney for the United States, Churita H. Hansell, Assistant United States Attorney, 650 Poydras Street, Suite 1600, New Orleans, LA 70130.

This 27th day of October, 2023

JANUS HENDERSON ~~INVESTORS~~ Services US LLC, Garnishee

BY: _[signature]_ (Signature)

W. Colin Lyddan (Print Name)

151 Detroit Street (Address)

Denver CO 80206 (Address)

303-336-4497 (Telephone and Fax)
877 319 3852
colin.lyddan@janushenderson.com (Email)

NOTE: The original Answer must be mailed to: Clerk, United States District Court, 500 Poydras Street, New Orleans, LA 70130 and a copy of the Answer to the judgment debtor and the United States Attorney's Office, as stated above.

-4-

PAGE 15/16 * RCVD AT 10/20/2023 10:52:37 AM [Central Daylight Time] * SVR:WNPFXESSAWDOT05/1 * DNIS:2214731 * CSID:3033364471 * ANI: * DURATION (mm-ss):11-18



October 27, 2023

UNITED STATES DISTRICT COURT
500 POYDRAS ST
NEW ORLEANS LA  70130-3319

                          REFERENCE: 02570956
                          UNITED STATES OF AMERICA V.
                          IRVIN MAYFIELD
                          NO. 17-CR-00241
                          ACCOUNTS OF IRVIN MAYFIELD

Dear Sir or Madam:

Pursuant to the Writ of Garnishment entered in the above-referenced matter, enclosed please find a completed Answer of the Garnishee. Please note that we have placed a freeze on Irvin Mayfield's Roth IRA, pending resolution in this matter, and sent him a copy of the Answer of Garnishee under separate cover.

If you have any questions, please give us a call or correspond at the address below.

Sincerely,

*[signature]*

Colin Lyddan
Janus Henderson Risk and Compliance

Enclosure(s):      \*\*\*OVERNIGHT\*\*\*
                        Answer of the Garnishee

Janus Henderson Investors
P.O. Box 219109, Kansas City, MO 64121-9109
T (800) 525 3713
janushenderson.com